1    IN THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA
2    **MIAMI**
     CASE NO. **18-CR-20479-KMM-2,3**
3    _____

4    **UNITED STATES OF AMERICA**,
                    Plaintiff
5         vs.                        **October 16, 2018**

6    **CHARLIE DAYOUB AND RAUL**
     **FERNANDEZ**
7                    Defendants.

8    _____

9                **SENTENCING HEARING**

10       BEFORE THE HONORABLE **K. MICHAEL MOORE**,

11       UNITED STATES DISTRICT COURT JUDGE

12   _____

                  **A P P E A R A N C E S**
13

14   FOR THE PLAINTIFF:    **HARRY C. WALLACE, JR.**, AUSA
     UNITED STATES OF      **TRENTON J. REICHLING**, AUSA
     AMERICA               United States Attorney's Office
15                         99 NE 4th Street
                           Miami, FL  33132
16                         (305) 961-9401
                           Harry.wallace@usdoj.gov
17                         Trentreichling@miamisao.com

18
     FOR THE DEFENDANT:    **ANA M. DAVIDE**, ESQ
19   CHARLIE DAYOUB        2929 SW 3rd Avenue
                           Miami, FL 33129
20                         (305) 854-6100
                           Adavide@aol.com
21

22   FOR THE DEFENDANT:    **DAVID J. SOBEL**, ESQ
     RAUL FERNANDEZ        633 SE 3rd Avenue, Suite 301
23                         Fort Lauderdale, FL 33301
                           (954) 463-0773
24                         Sobeldefense@yahoo.com

25

```
 1   REPORTED BY:          GIZELLA BAAN-PROULX, RPR, FCRR
                           United States Court Reporter
 2                         400 North Miami Avenue, 8th Floor
                           Miami  FL  33128
 3                         (305) 523-5634
                           gizella_baan-proulx@flsd.uscourts.gov
 4

 5   Also present:

 6       Harry Marcelin, U.S. Probation Officer

 7

 8

 9                   P R O C E E D I N G S

10       (The following proceedings were held in open court.)

11       THE COURTROOM DEPUTY:  The United States of America

12   versus Charlie Dayoub and Raul Fernandez.

13       THE COURT:  Counsel, note your appearances.

14       AUSA WALLACE:  Good afternoon, Your Honor.  Harry

15   Wallace and Trenton Reichling, assistant U.S. attorneys, on

16   behalf of the United States.

17       ATTY DAVIDE:  Good afternoon, Your Honor.  Ana Davide

18   on behalf of Charles Dayoub.  He is present, and present in the

19   back is his family.

20       ATTY SOBEL:  Good afternoon, Your Honor.  David Sobel

21   on behalf of Raul Fernandez.  He is present along with his

22   wife.

23       THE COURT:  Good afternoon.  Okay.  You want to take

24   up objections to the PSI?

25       ATTY DAVIDE:  Judge, there are no objections on behalf
```

1  of Mr. Dayoub.

2          **THE COURT:**  Okay.  On behalf of Mr. Fernandez?

3          **ATTY SOBEL:**  Yes, Your Honor.  Your Honor, I brought

4  the objections that are in the Second Amended Objections to the

02:12  5  Presentence Report.  Most of them have been resolved.

6          The only one that, according to probation, remains

7  unresolved is the maximum and sentencing category for

8  Mr. Fernandez.

9          Mr. Fernandez pled to a misdemeanor count, and

02:12 10  pursuant to the count and the sentencing guidelines, it's a

11  level 15 offense, which carries 18 to 24 months sentencing

12  guidelines.

13          But upon the review of the case law, Your Honor, and I

14  cited U.S. versus Dorvee (ph.), it seems that the maximum

02:12 15  sentence allowed because it is a misdemeanor is less than the

16  guideline range.

17          Based upon that case law, it says that the maximum

18  sentence becomes the guideline range.  So even though it is a

19  level 15 offense, his guideline range is lower than that level

02:13 20  offense.  And that's the objection I did lodge.

21          **THE COURT:**  Well, that's reflected, isn't it?  Didn't

22  the probation officer make that change to the maximum of 12

23  months?

24          **PROBATION:**  That's a maximum of 12 months, Your Honor.

02:13 25  I believe counsel was arguing if -- whether the defendant will

1  will be in zone C, but I explained it in the second PSR that

2  the base offense level was offense level 15, which is a zone B.

3  It doesn't bring the defendant to any zone but zone B.

4       THE COURT:  All right.  So is there anything further

02:13  5  on that?

6       ATTY SOBEL:  No, Your Honor.

7       THE COURT:  So I'll note the objection is denied.  Any

8  other objection?

9       ATTY SOBEL:  No, Your Honor.

02:13  10       THE COURT:  Okay.  So probation has calculated, in the

11  case of Mr. Dayoub a total offense level of 15, criminal

12  history category 1, guideline range 12 months.  And similarly

13  with respect to Mr. Fernandez; is that correct?

14       ATTY DAVIDE:  Yes, sir.

02:14  15       THE COURT:  Mr. Dayoub, do you want to say anything on

16  your own behalf with respect to the sentence to be imposed?

17       THE DEFENDANT:  Good afternoon, Your Honor, the only

18  thing I'd like to say is I'm sorry to have to be in front of

19  you today.  I have made a huge mistake, and I accept total

02:14  20  responsibility for said mistake.  There is no excuse for the

21  mistake I made, and I ask you to please have mercy on me and to

22  take into consideration my cooperation and everything that I've

23  done.

24       THE COURT:  Thank you.

02:14  25       THE DEFENDANT:  Thank you, Your Honor.

1      **THE COURT:**  Anything on his behalf?

2      **ATTY DAVIDE:**  Yes, Judge.  I have filed a motion for

3  downward departure.  In that motion, Judge, most respectfully,

4  we had requested a reduction to probation.

02:14   5      But after speaking to the government, the government

6  did file a very extensive 5K1.1 reduction motion that asks this

7  Court to sentence Mr. Dayoub to 8 months of house arrest, and

8  we will agree to that recommendation.

9      At this point, Judge, we're asking Your Honor to

02:15  10  follow the recommendation of the government.  If Your Honor

11  reads the motion for downward departure, you will note

12  Mr. Dayoub's extraordinary cooperation.

13      This is an individual -- when this incident happened,

14  he was 32 years old.  And we have written a very long -- and

02:15  15  I'm sure Your Honor read it -- extensive downward departure

16  because I wanted Your Honor to know a little bit about

17  Mr. Dayoub.

18      He comes from a family, very law and order.  His

19  grandfather fought in two different wars.  When he was growing

02:15  20  up, his mother got very ill.  As a matter of fact, when he was

21  15, she almost died.  She came back from life for lack of a

22  better term.  At this point, Mr. Dayoub was the man of the

23  family.

24      Unfortunately, his father abandoned them when they

02:16  25  were very young, and that was really -- he's, you know how some

1   people are chiefs and some people are indians.  There's no

2   doubt in my mind, no doubt -- and I have known Mr. Dayoub for a

3   lot of years -- that he's a follower.

4           And there's no excuse for what he did because he knows

02:16   5   what he did was wrong, but I think it's important for this

6   Court to understand that he got involved, he followed the

7   chief's lead, and he knew it was wrong, but he didn't do it for

8   any extra money.  He didn't get an extra raise.  He didn't want

9   to lose his job.  Does that justify it?  Absolutely not.

02:16   10          And I know and he knows that Your Honor needs to

11   punish him for this, but we are asking, Judge, that you

12   consider the fact that this is definitely aberrant behavior in

13   a life of an otherwise-perfect life where he has worked since

14   he graduated from high school here in Miami, born and raised

02:16   15   here in Miami.  He helped raise his little sister.  He has

16   worked straight from the day he turned 16 years old to where he

17   is today.

18          What is especially telling, Your Honor, is most

19   recently I have filed a letter from his former chief in South

02:17   20   Carolina that talks about the extraordinary work that he did in

21   those years that he worked in South Carolina.

22          What happened to Mr. Dayoub was he married his high

23   school sweetheart.  Unfortunately, she began to use drugs at

24   that point, Judge, which is when this incident happened.  He

02:17   25   was at the worst low of his entire life.

1        And it doesn't justify it, but it was his -- this was

2    his first law enforcement, Judge, and I tell you this because

3    the man you have in front of you today is a good, hard-working,

4    good father, good son.

02:17   5        He has fought his ex-wife tooth and nail for custody

6    of his daughter.  She's now 17 years old.  She's an honor

7    student.  She's doing wonderful in South Carolina.  They moved

8    there to get away from the Miami environment.  They're a middle

9    class family who just couldn't survive on their income here.

02:18  10  The entire family relocated to South Carolina.

11        When the government approached him, he could very well

12   have asked for a lawyer.  He could have picked up his phone and

13   called me.  It would have been a two-minute call.  But instead,

14   he helped the government every step of the way.  He met with

02:18  15  them once, twice, three different times.  He flew down here,

16   and he testified in front of the grand jury.

17        All he had to do was say, hey, I'm going to testify

18   before the grand jury.  Can you be there for me?  And I would

19   have been there.  Unfortunately or fortunately he thought that

02:18  20  what he had to do was make amends for what he did, and that's

21   exactly what he did.

22        He helped the government on his own, trusted the

23   government one hundred percent.  And that's why, Judge, when

24   they asked for an appropriate sentence of 8 months house

02:18  25  arrest, I really believe that is the appropriate sentence

1  because they've both -- both prosecutors have met with

2  Mr. Dayoub endless amount of time.

3         They knew what a strong character he has; that he's

4  honest; that he's a good person; and that right away, when

02:19  5  approached by law enforcement, he immediately decided to jump

6  on board.

7         So for all these different reasons, whether Your Honor

8  decides to grant it as a 3553 or follow the government's

9  recommendation, Judge, I ask that Your Honor sentence him to

02:19  10  the joint recommendation of 8 months house arrest which would

11  be -- it's a level 11, which is 8 to 14 months, which is as per

12  the probation officer's decision that you start at 15.

13         If you bring it down the four levels, that puts us at

14  a level 11, criminal history category 1, because obviously

02:19  15  Mr. Dayoub has never ever been arrested for anything, never had

16  any problems, any at all.

17         Obviously as a result of this arrest, he was

18  subsequently fired, and he now works as a cook in a fast food

19  restaurant.  But he continues to work.  He continues to support

02:19  20  his daughter.  He is her sole support.

21         So I think, Judge, based on all those different

22  characteristics, based on Booker and based on Gall, Your Honor,

23  should follow the recommendation of the government and allow

24  him to be on house arrest followed by four months of supervised

02:20  25  release or probation and allow him to continue his life because

1  he is truthfully so sorry.

2          He wrote you a beautiful letter explaining to you a

3  little bit about his life.  And we really believe that that is

4  the appropriate sentence.  So on behalf of Mr. Dayoub and his

02:20  5  family, I ask Your Honor to follow the recommendation of the

6  government.

7          **THE COURT:**  Thank you.  On behalf of Mr. Fernandez, do

8  you want to say anything on your own behalf?

9          **DEFENDANT 2:**  Good afternoon.  I have no comment at

02:20 10  this time.

11          **THE COURT:**  Thank you.  Anything on his behalf?

12          **ATTY SOBEL:**  Yes, Your Honor.  Your Honor, just like

13  Mr. Dayoub's attorney, I sent over a very detailed, very

14  lengthy sentencing memorandum.  And without going in and

02:21 15  regurgitating all the different parts of the sentencing

16  memorandum, there's a few things I wanted to touch on.

17          And the first thing is the extraordinary cooperation

18  of my client, Mr. Fernandez.  In most cases where someone

19  cooperates, it's when the government comes to them.  It's after

02:21 20  they're being a target of the investigation; it's after they're

21  arrested.

22          In this case that's not what happened.  The reason

23  this case was brought before this Court is because of

24  Mr. Fernandez.  Mr. Fernandez, working at the Biscayne Park

02:21 25  Police Department saw what was going on, saw the culture, saw

1  the way that arrests were being made without probable cause,

2  and he, himself, wrote a letter to the city manager.

3       It is his actions in seeing what was right and what

4  was wrong that began this process.  He cooperated with the

02:21  5  government, met with them on numerous, numerous occasions

6  without counsel and before counsel was retained.  He gave them

7  chapter and verse about the inner workings about the Biscayne

8  Park Police Department, not just the bad arrests or the arrests

9  without probable cause that are the subject of this case, but

02:22  10  of numerous other instances of wrongdoing within the police

11  department from chief Atesiano down through the actual rank and

12  file of the police department.

13       And I know that Your Honor received a 5K1 motion from

14  the government asking for a four-level reduction, just like

02:22  15  Mr. Dayoub, but I do believe and have had conversations with

16  AUSA Wallace, they're going to be amending that and requesting

17  a sentence of 12 months of probation for the extraordinary

18  cooperation of Mr. Fernandez.

19       And I think that mainly starts with the fact that

02:22  20  before he even was the subject of anything, is he brought this

21  case to the government.

22       I also cited in two different factors -- two different

23  reasons in my sentencing memorandum of why Your Honor should be

24  able to depart down, whether it's a 3553 or a downward

02:22  25  departure.  And the first is the aberrant behavior in this

1    case.

2         Mr. Fernandez has spent an entire lifetime in law

3    enforcement, not just in the United States, not just as a local

4    police officer, which I outlined all the different positions

02:23  5    and ranks he's held in the South Florida community, but

6    honestly all over the world.

7         He's worked in Kosovo.  He's worked in Haiti.  He's

8    worked in some of the most dangerous parts of the world in law

9    enforcement trying to make this a better country and trying to

02:23 10    make this a better world, and he's put his life on the line.

11    This is truly an aberration in his character and in his

12    decision making.

13         The second reason I ask, Your Honor -- and it's in the

14    section -- downward departure section of my memorandum, section

02:23 15    5, subsection B; it's the physical health of Mr. Fernandez.

16         Unfortunately being on the elder side, Mr. Fernandez

17    has developed stage 4 chronic kidney disease, secondary to --

18    I'm going to butcher this, being a lawyer -- focal segmental

19    glomerulosclerosis.  Essentially his kidneys are failing, Your

02:24 20    Honor.

21         On a monthly basis, he goes for blood testing to see

22    when it is he's going to need to start dialysis.  He's placed

23    himself on the national kidney transplant list.

24         I've also attached to the memorandum an instruction

02:24 25    sheet from the Cleveland Clinic where he's being treated, that

1    if and when a kidney is available, he has to respond within 30

2    minutes of their phone call.

3         He has to present himself at the Cleveland Clinic.

4    There are very specific steps that he has to take that he --

02:24    5    this kidney, if it becomes available to him to save his life,

6    that he is able to get that.  He will -- it will require

7    extensive hospital stays, medication, and medical treatment.

8         Even the fact that he doesn't have the those kidneys

9    available for him right now, he's being seen by a myriad of

02:24   10    doctors.  And it's that uniform approach and continuous

11    approach to his kidney disease that is keeping him alive right

12    now.

13         So Your Honor, for those reasons and the

14    recommendation of the U.S. Attorney's Office, we ask that Your

02:25   15    Honor sentence Mr. Fernandez to 12 months of probation.  Thank

16    you.

17         **THE COURT**:  Thank you.  Anything from the government?

18         **AUSA WALLACE**:  Yes, Your Honor.  As the Court is

19    aware, we filed 5K1.1 motions for sentence reductions for both

02:25   20    defendants.

21         In short, if it were not for the cooperation of these

22    two defendants, I doubt seriously that this investigation would

23    have reached as high as the chief of police.

24         I think that their cooperation was instrumental.  At

02:25   25    the outset, of course, there were some concerns back and forth,

1  and it was a process, but there is a distinction between them.

2      While I believe that both of them are entitled to have

3  their sentences reduced by the four levels, especially

4  Mr. Dayoub, I think a further reduction is appropriate for

02:26  5  Mr. Fernandez.

6      And it is because he is essentially what we would call

7  a whistleblower in that he was one of the first officers who

8  first wrote to the city manager when there was a change in the

9  city manager, the new one.  They wrote to her and informed her

02:26  10  that there were these issues with the police department, one of

11  which was the false charges.  His letter articulated exactly

12  what was going on.

13      And although when we first approached him, he was not

14  as forthcoming as he could have been, he did finally come on

02:26  15  board.  He was the first of the defendants to, in fact,

16  cooperate with the government.

17      And when you look at his involvement, their relative

18  involvement in this case, the offense that he committed was in

19  one instance with Mr. ███ -- sorry -- T.D., Mr. Dayoub had a

02:27  20  more-extensive involvement in at least two of the charged

21  instances and one of the 404(b) instances with a Mr. Phillips.

22      So their involvement was a little bit different, their

23  willingness to cooperate, and also I believe Mr. Fernandez

24  counselled another officer not to do this very same thing who

02:27  25  had gone to him, who had been approached by the chief and told

1  to falsely charge someone, and Mr. Fernandez counselled him

2  against it.  So there is that difference between them, and I

3  think because of that, Mr. Fernandez warrants a further

4  reduction.

02:27  5        And we agree with what defense counsel has said.  I've

6  spoken to him outside the courtroom and explained to him where

7  I was on this, and we have filed a motion -- we intended to

8  revise it, but there were discussions because there were

9  certain representations made by the government, by our team,

02:27  10  that I wasn't aware of some of the subtleties of that.

11        So rather than file something at the last minute, I

12  wanted to come in and present this -- our position to the Court

13  orally.  But I believe that if we reduced Mr. Fernandez's

14  guidelines to a level 8, then he would be eligible for

02:28  15  probation.  And I believe under the operation of the sentencing

16  guidelines, a sentence to probation for 12 months would be

17  appropriate.

18        **THE COURT**:  Let me -- I've got a couple of questions.

19        **AUSA WALLACE**:  Sure.

02:28  20        **THE COURT**:  First of all, there was a related case

21  regarding the defendant with the last name of Ravelo.

22        **AUSA WALLACE**:  Yes, he is being sentenced two days

23  from now.

24        **THE COURT**:  Okay.  I had him -- the PSI reflected that

02:28  25  it was going to be on October 4th.  Was that continued?

1           **PROBATION:**  Yes.

2           **AUSA WALLACE:**  I'm sorry, Judge.  Still had it on my

3    calendar.

4           **THE COURT:**  That was continued?

02:29  5     **AUSA WALLACE:**  Yeah, my co-counsel says it was.  I'm

6    sorry, Judge.  It is two days from now.  It was continued once

7    before.

8           **THE COURT:**  Okay.  And was Mr. Ravelo charged with the

9    same offenses?

02:29  10    **AUSA WALLACE:**  He's charged with conspiracy with

11   Mr. Atesiano in the final one, the one involving E.B.

12          **THE COURT:**  Right.

13          **AUSA WALLACE:**  He did the same thing there.  He also

14   was involved in the use of excessive force, and he pled guilty

02:29  15   to one of those.  So he has a conspiracy on one hand, and he

16   has the excessive force charged on the other.

17          **THE COURT:**  So he'll be pleading -- he's going to be

18   sentenced for the felony offenses?

19          **AUSA WALLACE:**  Yes, the felony offense and the

02:29  20   misdemeanor.

21          **THE COURT:**  Does he get a -- is he getting a 5K?

22          **AUSA WALLACE:**  Judge, right now, speaking with my

23   other co-counsel on the way here, we do not anticipate filing a

24   5K motion for him.

02:30  25          **THE COURT:**  Okay.  So that's one issue that I wanted

1   to raise just in terms of the sentencing disparity issue.

2           But with respect to both of these defendants, they

3   were originally charged with violation of Title 18, United

4   States Code, section 241, and Title 18, United States Code --

02:30  5   code, which is a conspiracy charge and the deprivation of

6   rights under color of law, Title 18, United States Code,

7   section 242, right?

8           **AUSA WALLACE:**  Yes, Your Honor.

9           **THE COURT:**  Okay.  And each of those counts carried a

02:30 10   term of imprisonment of ten years?

11           **AUSA WALLACE:**  The conspiracy did, but not the

12   substantive -- the 242 counts have a maximum sentence of 12

13   months, unless there is an injury.  And in these particular --

14   for these two defendants, there's no injury involved in the

02:31 15   violation of rights.  So their maximum sentence is 12 months

16   which means they're both misdemeanors -- or they're

17   misdemeanors.

18           **THE COURT:**  In both count 1 and 2?

19           **AUSA WALLACE:**  No.  The 242 count, which I believe is

02:31 20   count 2 -- I'm not looking at the indictment right now.  But

21   the deprivation of rights has a 12-month cap, which means it's

22   a misdemeanor.  The conspiracy does not have such a cap.  I

23   think it has a ten-year minimum sentence, so it is a felony.

24   But they pled guilty to the substantive charge, not the

02:31 25   conspiracy.

1     **THE COURT:**  Okay.  So as part of their plea agreement,

2 you agreed to dismiss the more serious felony charge?

3     **AUSA WALLACE:**  Yes, Your Honor.

4     **THE COURT:**  Do you know what the guideline range would

02:31  5 have been for that?  If you don't know, you don't know.

6     **AUSA WALLACE:**  Right off the top of my head, I don't.

7 I'd have to look at Mr. Robelo's PSI, which would reflect what

8 I would have -- what that would be.

9     **THE COURT:**  Does the probation officer know?

02:32 10     **PROBATION:**  Yes.  It's on page 16, under impact of

11 plea agreement, paragraph 8.2.  It will be level 18.  The

12 guideline range would be 27 to 33 months.

13     **THE COURT:**  27 to 33 months as to both defendants?

14     **PROBATION:**  Yes, if they pled to count 1.

02:32 15     **THE COURT:**  And is there a reason -- can you tell me

16 the reason why you dismissed the more serious charge?

17     **AUSA WALLACE:**  Yes, Your Honor.  As I was saying

18 before, we were faced with a decision to make as to whether or

19 not -- it was our opinion that we could get these two

02:32 20 defendants, and then we could get Mr. Ravelo.

21     But in order to get the kingpin, the person who was

22 behind this, the person who told them what to do, who

23 threatened them with their jobs in Mr. Dayoub's case who didn't

24 do it, who ruled this place with a iron hand, and to find out

02:33 25 the full breadth of this conspiracy, and to see if there were

1  any other people involved, that we had to make such a deal.

2          And the deal, as you have noticed, was twofold.

3  First, that we would charge them with the lesser of the

4  offenses, the misdemeanor offense, and that in addition, we

02:33  5  would filed a 5K1.1 motion in order to keep them -- or to get

6  them where they are right now.

7          **THE COURT:**  I'm not quite sure I follow the reasoning

8  there.  I mean, you said they both came in, they both fully

9  cooperated, they both admitted to what they had done.  What

02:33 10  risk -- they both agreed to cooperate.

11          What risk were you running by insisting that they

12  plead and cooperate or go to trial?

13          **AUSA WALLACE:**  Nothing.

14          **THE COURT:**  Whatever they want to do and just face the

02:34 15  more serious charge?

16          **AUSA WALLACE:**  I think it's a temporal issue.  They

17  were charged before the cooperation was completed.  In other

18  words, Judge, the charge was sitting there.  In order to get

19  their cooperation, we had to back away from the charge and go

02:34 20  go with the lesser offense.

21          **THE COURT:**  Why is that?  I thought at the moment you

22  went to them or agents went to them, they admitted what they

23  were doing?

24          **AUSA WALLACE:**  Well, perhaps I understated it when I

02:34 25  said that they weren't as forthcoming as they could have been.

1        This was a process, Judge.  When we first went to

2  them, neither of them admitted right away their involvement.

3  It took several interviews at least --

4        **THE COURT:**  So they really didn't cooperate initially?

02:34  5        **AUSA WALLACE:**  Well, they did not cooperate initially,

6  no, Judge.

7        **THE COURT:**  Well, they either did or they didn't.

8        **AUSA WALLACE:**  No, they did not.

9        **THE COURT:**  Okay.

02:34  10       **THE GOVERNMENT:**  And what I'm saying is the way I

11  stated it was inartful; that they could have been more

12  forthcoming initially.  That's what I meant.  We each had to

13  talk to them several times.

14       Mr. Fernandez was the first to fold his tent and come

02:35  15  board.  But by that time, they had already been charged.

16       **THE COURT:**  Okay.  So with that, through the plea

17  agreement, you've already engaged in sentencing manipulation by

18  taking them from the bottom of the guidelines sentence for the

19  felony charge, 27 months, and deprived the Court of an

02:35  20  opportunity to impose a sentence under count 1.  Fair

21  statement?

22       **AUSA WALLACE:**  That's pretty strongly worded, Judge.

23       **THE COURT:**  Well, it may be, but is it correct?

24       **AUSA WALLACE:**  I think I agree with the Court's

02:35  25  result, yes.  Our negotiations led us to where we are right

1  now, where they pled guilty to a misdemeanor and the cap is 12

2  months.

3          THE COURT:  Okay.  And now you're saying, on top of

4  that, you want to give them a further reduction from even the

02:36  5  misdemeanor guideline provision?

6          AUSA WALLACE:  Judge, I am saying that that's what the

7  negotiations were, that is what the government promised to ask

8  this Court for, and I think in light of what the gamble was,

9  that I think it was a worthwhile compromise.

02:36  10          I was not initially on board, but when faced -- when

11  we looked at this case from all angles -- and Judge, I know

12  that -- I know the warts that are on this case.  I know the

13  problems we would have had at trial.

14          Looking at that and faced with the possibility of not

02:36  15  getting Chief Atesiano, I thought it was a worthwhile venture

16  to grant both of those requests, both to reduce the charge, as

17  well as to file a 5K1.1 motion for further reduction in their

18  sentence.

19          THE COURT:  Now, as I read the offense conduct at

02:37  20  paragraph 8 --

21          AUSA WALLACE:  Which one, Judge?

22          THE COURT:  Paragraph 8.

23          AUSA WALLACE:  Which PSI?

24          THE COURT:  Well, this one is Dayoub.

02:37  25          AUSA WALLACE:  Okay.  I have it.  Paragraph 8?

1          **THE COURT:**   Paragraph 8, I guess the second sentence

2     from the bottom of that paragraph:   The objects and purpose of

3     this conspiracy included, among other things, that Atesiano

4     caused and encouraged officers to arrest persons without a

02:37  5     legal basis in order to have arrests effectuated for all

6     reported burglaries.   The existence of this fictitious, one

7     hundred percent clearance rate on reported burglary was used by

8     Atesiano to gain favor with elected officials and concerned

9     citizens.

02:37 10          Now, there is no dispute about that, is there.

11          **AUSA WALLACE:**   No, Your Honor.

12          **THE COURT:**   Is it also correct to say that individuals

13     in the minority or African-American community were the targets

14     of these arrests?

02:38 15          **AUSA WALLACE:**   That's been a point of dispute.

16     Anthony De La Torre (ph.), one of the officers, said that

17     absolutely what you're saying; that they would target black

18     people who were there.   All of the people they targeted were

19     blacks.

02:38 20          Other witnesses said that, no, Atesiano was more of a

21     stat guy and that he just wanted anybody who didn't belong

22     there, and if they were black, so be it.

23          The "pig in the room" was the Captain Lawrence

24     Churchman (ph.), who the chief allowed to make really

02:38 25     reprehensible statements that kind of led to a culture where I

1    think black folks were targeted.

2         But I mean, if the Court is asking me me if race was

3    an issue at Biscayne Park and the decisions made by the police

4    department and their enforcement?  Absolutely.

02:38   5    **THE COURT:**  Okay.  So in considering the 3553(a)

6    factors, we know something we need -- I think we have discussed

7    the -- sufficiently the nature and circumstances of the instant

8    offense, and we have heard from the defendants and their

9    counsel regarding the history and characteristics of the

02:39  10    defendants.

11         But tell me on one of the other factors how you

12    believe the sentence that you're recommending promotes respect

13    for law?

14         **AUSA WALLACE:**  Well, Judge, I -- any sentence that

02:39  15    they receive -- I believe, Judge, that the fact that they are

16    being prosecuted here -- well, they were prosecuted and are

17    being sentenced here today sends a message.

18         But I think that our system invites situations where

19    we have to make a deal that we may find a little unpalatable in

02:40  20    order to create a greater good.

21         And although I don't think that a sentence to

22    probation sends a strong message to the community or to the law

23    enforcement community, I think that when you finally look at

24    the entire case, when Mr. Ravelo is sentenced -- and I know his

02:40  25    guidelines are higher and there is no 5K1.1 coming, that Chief

1  Atesiano -- former Chief Atesiano's guidelines will be even

2  higher -- and of course, there will be no 5K1 motion for a

3  sentence reduction coming there -- I think when you take the

4  whole case into consideration and realize that but for these

02:40  5  two defendants and the deal that we struck with them,

6  Mr. Atesiano would have gotten off and perhaps Ravelo would

7  have only been charged with the excessive force charges.

8  **THE COURT:**  All right.  And I guess my last question

9  is given the sentencing recommendation that you're making, tell

02:41  10  me what kind of general deterrence does this provide to -- if

11  we gave your sentence, recommended sentence, would this provide

12  to others in law enforcement who might consider engaging in

13  similar kind of conduct?

14  **AUSA WALLACE:**  Well, Judge, again, I think that if you

02:41  15  parse out this particular sentencing, not much.  But if you

16  look at it holistically and you look at what the sentences will

17  be at the conclusion of this case -- and I know that part of it

18  is before Judge Altonaga with Mr. Ravelo.  But the other part

19  is before this Court, and that's the chief of police, I think

02:41  20  when they finally see what happened, they will realize that

21  these defendants got the benefit of cooperation.  But that what

22  really an officer who does this is facing is more likely the

23  sentence that Mr. Ravelo will get and Mr. Atesiano will get.

24  So I think that that general deterrence will be there

02:42  25  for law enforcement officers when they look at the whole case

1 and the sentences that everybody gets.

2          **THE COURT:**  Okay.  Anything else on this?

3          **AUSA WALLACE:**  I have nothing else, Your Honor.

4          **ATTY DAVIDE:**  Can I just respond very briefly?

02:42 5          **THE COURT:**  Uh-huh.

6          **ATTY DAVIDE:**  There's two things that got somehow

7 misunderstood, especially as to Mr. Dayoub.

8          **THE COURT:**  Who misunderstood?

9          **ATTY DAVIDE:**  I did.  Somehow it just didn't come out

02:42 10 clearly, and I wanted to clarify that.

11          Mr. Dayoub testified before the grand jury before any

12 agreement was made as to whether or not they would reduce it to

13 a misdemeanor.  Obviously he hoped they would cooperate, but he

14 didn't even have a lawyer.

02:42 15          So it wasn't like he cooperated knowing it was going

16 to be a misdemeanor and hoping that a 5K1 existed because he

17 didn't even know what a 5K1 was.

18          He was hoping the government would help him, but that

19 was not the reason he came forward.  That's not the reason he

02:43 20 flew here from South Carolina.

21          He testified before the grand jury, because I think

22 there's -- he didn't -- this was not a deal I negotiated before

23 he walked into the grand jury.

24          This was a deal after he had already been debriefed

02:43 25 numerous times that this was the deal that the government

1  offered.

2          So I don't want this Court to believe that

3  Mr. Dayoub's plan was to get a misdemeanor because that wasn't

4  even discussed until right before the actual plea negotiations,

02:43  5  and I think that's important.

6          And as to the second factor, Judge, specifically as it

7  relates to Mr. Dayoub.  There really wasn't a race factor

8  because he did not identify this person as somebody that was

9  going -- that he was going to charge.

02:43  10          He was told by the chief, hey, do A, B, and C.  He had

11  no intention -- he didn't do it based on race.  He didn't pick

12  this guy out of the street and say, hey, he's black, so

13  therefore let's charge him.

14          So while there may be race implications as a whole

02:44  15  when you look at it as to what the Chief did in this case as it

16  relates to Mr. Dayoub, there's no evidence at all to indicate

17  that Mr. Dayoub got specifically involved with this specific

18  individual because he was black.  It was --

19          **THE COURT:**  You're just saying that it was coincidence

02:44  20  that they turned out to be black?

21          **ATTY DAVIDE:**  Well, he didn't pick them out.  The

22  chief said, hey, do A, B, and C.  And because he followed the

23  chief's lead, he did what he was supposed to do, and the

24  subject of this case is clearly black.

02:44  25          But this was not a discussion that he had with the

1  chief that he didn't say, hey, you know, let's go and target

2  black people.  That was not even close to Mr. Dayoub's role.

3        Mr. Dayoub's role was more one of this is what I need

4  and -- the chief saying this is what I need, and Mr. Dayoub

02:44  5  saying, okay, I'm going to do it.  It doesn't excuse it, but it

6  definitely did not --

7        THE COURT:  Let's -- if you want to go down that

8  route, let's look more into the facts.  I mean, what did I see?

9  What was the name of the area that they referred to as the --

02:45  10        AUSA WALLACE:  The badlands.

11        THE COURT:  What did you call it?

12        AUSA WALLACE:  The badlands.

13        THE COURT:  Go get somebody in the badlands?  Is that

14  what it was, some comments about --

02:45  15        AUSA WALLACE:  Judge, in Biscayne Park, there's an

16  area that borders North Miami, which may be a block long or a

17  little bit longer, where it's a little bit lower-income people;

18  there's more rentals there.  And it has more black people

19  there.

02:45  20        And they patrolled that area more regularly, more

21  vigorously.  The ████ family lived in that area.  And two of

22  the things that defense counsel brought forward, first, I think

23  everybody in that department knew that ████ family lived

24  there.  And I think they knew Timothy ████ when they filled

02:46  25  out the forms, and they knew that he was black.  I don't think

1  that that's a real point of dispute.

2         Mr. Dayoub, though, did, when we interviewed him and

3  he finally came clean, we advised him that maybe you want to

4  get a lawyer, and he said that would just slow down the

02:46  5  process.  He came down, testified before the grand jury without

6  a lawyer.  Defense counsel is correct about that.  But, as much

7  as -- in as much as defense counsel is saying that he may not

8  have known that Timothy ███████ was black, that's not --

9         **ATTY DAVIDE:**  I'm sorry.  Did I say that he wasn't

02:46  10  black?  Oh, he knew he was black, but they didn't pick him

11  because he was black.  That's what I'm trying to say.

12         **THE COURT:**  My point is that when they were told to go

13  pick up somebody, they were told go to the badlands which was a

14  reference to the other side of the tracks, and they knew that

02:46  15  that area was largely a minority community.

16         **AUSA WALLACE:**  Yes, Judge, but they didn't say -- I

17  don't think that this is a situation -- what happened here,

18  it's not that -- in this particular instance, they told them to

19  go out to the badlands and pick someone up.  That went on

02:47  20  before, but in this particular instance.

21         What happened was Timothy ███████ had been picked up at

22  North Miami Police Department for questioning on another

23  offense.  North Miami called Biscayne Park.  North Miami Police

24  Department called Biscayne Park Police Department, told them

02:47  25  they were coming into the jurisdiction to question Timothy

1    ███. At that time the order went out from Mr. Atesiano to

2    them to also charge Timothy ███ with these burglaries.  So

3    Timothy ███ was always the target that night, not just

4    anybody from the badlands.  Timothy ███.

02:47  5           **THE COURT:**  Anything else?

6           **ATTY DAVIDE:**  No, Judge.

7           **THE COURT:**  Well, first of all, let me say that I

8    believe that through the plea agreement, the parties have

9    basically tied the Court's hands in terms of the appropriate

02:48 10   sentence to be imposed; that I can give no more than a year.

11          I've been -- the Court has been deprived of sentencing

12   these defendants on the most serious charge that is being

13   dismissed because of the plea agreement.  That would have been

14   27 to 33 months.

02:48 15          Even at that, had that -- had they pled to that, given

16   the offense conduct in this case, I think a bottom of the

17   guidelines sentence under those guidelines would have been a

18   just sentence.

19          Secondly, we have talked about the -- so to that

02:48 20   extent, I think they have been given more than a generous

21   consideration for their cooperation.  So I see no reason to

22   sentence below the otherwise-applicable guideline range which

23   is 12 months in this case.

24          Secondly, I think to go along with the proposed

02:49 25   recommendation as it relates to the 3553(a) factors would not

promote respect for law.  I think it would be a slap on the

wrist.  I think it would send entirely the wrong message to --

particularly to the minority community that sworn law

enforcement officers can go out, and commit these kinds of

02:49  5  violations and then come back.  They have tremendous authority

while they're out on the street and then come back in Court

today and say I was just a follower; it was the police chief

who was the real bad actor here.  No.

Everybody in this community, whether they're a sworn

02:50  10  law enforcement or not needs to have respect for law, and that

is also reflected in the sentence to be imposed.  And the kind

of sentence that you're recommending does not achieve that

3553(a) factor.

Secondly, the other factor with regard to general

02:50  15  deterrence, this kind of sentence to other law enforcement

officers, I don't care whether they're a beat cop or the chief

of police.

To think that they can come into court and get that

kind of slap on the wrist is insulting to the honest men and

02:50  20  women who are in law enforcement.

If there are bad actors in law enforcement, they're

the first ones that should be identified, weeded out, and

gotten rid of.  And this kind of sentence just emboldens this

kind of behavior.

02:51  25  So I am not going to go along with this sentence.  In

1  fact, I'm shocked that the government would agree to not go

2  forward with the felony offense.  And based on everything that

3  I know, this -- had this gone to trial on the felony count, it

4  would have been a slam dunk.  All right.  Anything else?

02:51  5      AUSA WALLACE:  Yes.  Your Honor, I don't disagree with

6  much of what you have said --

7      THE COURT:  Well, you may not agree with it verbally,

8  but you sure haven't disagreed with it in the behavior in the

9  prosecution of the case.

02:51  10     AUSA WALLACE:  Judge --

11     THE COURT:  I mean, you might as well -- the only

12  thing more you can do is write them a letter of apology --

13  write these defendants a letter of apology that you apologize

14  for having indicted them in the first place.

02:52  15     AUSA WALLACE:  Judge, I think I misunderstood me.

16     THE COURT:  I don't think I misunderstood a thing.  I

17  see it; it's right here in front of me.

18     AUSA WALLACE:  No, I said I don't disagree with what

19  the Court is saying.

02:52  20     THE COURT:  And I'm saying you don't disagree with

21  what I'm saying, but you're not -- your behavior certainly does

22  not -- is not consistent with the disposition of how you want

23  to dispose of this case.

24     AUSA WALLACE:  You didn't misunderstand me, but what I

02:52  25  am saying, though, is that, Judge, I think -- and I'm faced

1  with a Hobson's choice.  It may be the lesser of the two evils,

2  but in order to get the person who I thought was really evil at

3  the top of this pyramid, this is what we had to do.

4        **THE COURT:**  And my response to that is that they are

02:52  5  not mutually exclusive.  There are bad actors here, and that

6  chief of police, he will have his day in court.  But in order

7  for this conspiracy to be successful, the conspiracy that you

8  are now wiping away, it required multiple players.  And these

9  two officers were integral to the success of that conspiracy.

02:53  10        **AUSA WALLACE:**  Yes, Your Honor.

11        **THE COURT:**  In the case of Charles Dayoub, the Court

12  has considered the statements of all parties, the presentence

13  report which contains the advisory guidelines and the statutory

14  factors as set forth in Title 18, United States Code, Section

02:53  15  3553(a).  It is the finding of the Court the defendant is not

16  able to pay a fine.

17        It is the judgement of the Court the defendant Charles

18  Dayoub is committed to the Bureau of Prisons to be imprisoned

19  for a total of 12 month as to count 2.

02:53  20        Upon release from imprisonment, the defendant shall be

21  placed on supervised release for one year as to count 2.

22        Within 72 hours of release, the defendant shall report

23  in person to the probation office in the district where he is

24  released.

02:53  25        While on supervised release, the defendant shall

1  comply with the mandatory and standard conditions of supervised

2  release which include not committing any crimes, not unlawfully

3  possessing a controlled substance.

4        The defendant shall not possess a firearm, ammunition,

02:54  5  destructive device, or any other dangerous weapon.

6        Defendant shall also comply with the following special

7  conditions:  Financial disclosure requirement, no new debt

8  restriction, self employment restriction, permissible search

9  and unpaid restitution, fines, or special assessments as noted

02:54  10  in part G of the presentence report.

11        It is further ordered that the defendant shall pay

12  immediately to the United States a special assessment of $25.

13        In the case of Raul Fernandez, the Court has

14  considered the statements of all parties, the presentence

02:54  15  report which contains the advisory guidelines, and the

16  statutory factors as set forth in Title 18, United States Code,

17  Section 3553(a), and it is the finding of the Court the

18  defendant is not able to pay a fine.

19        It is the judgement of the Court the defendant Raul

02:54  20  Fernandez is committed to the Bureau of Prisons to be

21  imprisoned for a total of 12 month as to count 2.

22        Upon release from imprisonment, the defendant shall be

23  placed on supervised release for one year as to count 2.

24        Within 72 hours of release, the defendant shall report

02:54  25  in person to the probation office in the district where the

1   defendant is released.

2        While on supervised release, the defendant shall

3   comply with the mandatory and standard conditions of supervised

4   release which include not committing any crimes, not unlawfully

02:55   5   possessing a controlled substance.

6        The defendant shall not possess a firearm, ammunition,

7   destructive device, or any other dangerous weapon.

8        The defendant shall also comply with the following

9   special conditions:  Financial disclosure requirement, no new

02:55   10   debt restriction, self employment restriction, permissible

11   search, and unpaid restitution, fines, or special assessments

12   as noted on part G of the presentence report.

13        It is further ordered that the defendant shall pay

14   immediately to the United States a special assessment of $25.

02:55   15        Now that sentence has been imposed, does either

16   defendant or his counsel object to the Court's findings of fact

17   or the manner in which the sentence was pronounced?

18        **ATTY DAVIDE:**  Judge, can we make -- can I make a

19   recommendation that it be a year and a day so he at least gets

02:55   20   the gain time?

21        **THE COURT:**  The maximum penalty was 12 months.  12

22   months and a day would be an illegal sentence.

23        **THE COURT:**  Okay.

24        **ATTY DAVIDE:**  Judge?

02:55   25        **THE COURT:**  Any other objections?

1    **ATTY DAVIDE:**  Yeah.  Judge, one more recommendation.

2  Judge, we asked for that in our motion.  I know Your Honor's

3  policy is self surrender.

4    **THE COURT:**  Right.

02:56  5    **ATTY DAVIDE:**  And I know I've advised him of it.

6  Because of the fact that they're law enforcement -- and I've

7  spoken to the officials at FDC -- they're telling me that

8  because FDC is a temporary holding place, unfortunately their

9  designation as police officers will make them be held in

02:56 10  solitary confinement until they're actually designated.

11    That's why I'm asking Your Honor as a special request

12  to allow him to surrender once he's designated, and I ask that

13  the designation be in South Carolina so he will be closer to

14  his family.

02:56 15    **THE COURT:**  That will be denied.  Anything else?

16    **ATTY SOBEL:**  Yes, Your Honor.  Parroting -- and it's

17  expanding on what the co-counsel just said, Your Honor, I'd ask

18  for voluntary surrender for Mr. Fernandez, not for anything

19  other than the fact that of his health issue.

02:56 20    I understand it is your policy.  We have been advised

21  of that.  We are prepared for that as best as we can.  But the

22  fact remains that he is a very sick man who takes a myriad of

23  medication.  He needs to be able to set up as much as he

24  possibly can with whatever facility he's going to be the

02:57 25  medication and the treatment that he needs.

1        It is the continued and uninterrupted treatment that's

2   keeping him alive right now.  Just the fact that he went and

3   did a blood test just recently to make sure whether he needs

4   dialysis and when that's going to be start.

02:57   5        He needs to be able to prepare, Your Honor, and I

6   understand it's your policy, but if you can make an exception

7   here because of his health issue, it would go a long way

8   towards surviving this illness.

9        **THE COURT:**  That will be denied.  Let ne ask each

02:57  10   defendant, do you understand you have the right to appeal the

11   sentence imposed?  Mr. Dayoub?

12        **THE DEFENDANT:**  I do, Your Honor.

13        **THE COURT:**  Mr. Fernandez?

14        **DEFENDANT 2:**  Yes, sir.  Anything further.  You're

02:57  15   remanded to the custody of the United States Marshal.

16

17

18            (Thereupon, the above hearing was concluded.)

19

20                *        *        *

21

22

23

24

25

1                    **C E R T I F I C A T E**

2

3          I hereby certify that the foregoing is an accurate

4     transcription of the proceedings in the above-entitled

5     matter.

6

8     10/19/2018               _____

9     DATE COMPLETED          GIZELLA BAAN-PROULX, RPR, FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$25** [2] - 32:12, 33:14

## 1

**1** [5] - 4:12, 8:14, 16:18, 17:14, 19:20
**10/19/2018** [1] - 36:8
**11** [2] - 8:11, 8:14
**12** [14] - 3:22, 3:24, 4:12, 10:17, 12:15, 14:16, 16:12, 16:15, 20:1, 28:23, 31:19, 32:21, 33:21
**12-month** [1] - 16:21
**14** [1] - 8:11
**15** [6] - 3:11, 3:19, 4:2, 4:11, 5:21, 8:12
**16** [3] - 1:5, 6:16, 17:10
**17** [1] - 7:6
**18** [7] - 3:11, 16:3, 16:4, 16:6, 17:11, 31:14, 32:16
**18-CR-20479-KMM-2,3** [1] - 1:2

## 2

**2** [8] - 9:9, 16:18, 16:20, 31:19, 31:21, 32:21, 32:23, 35:14
**2018** [1] - 1:5
**24** [1] - 3:11
**241** [1] - 16:4
**242** [3] - 16:7, 16:12, 16:19
**27** [4] - 17:12, 17:13, 19:19, 28:14
**2929** [1] - 1:19

## 3

**30** [1] - 12:1
**301** [1] - 1:22
**305** [3] - 1:16, 1:20, 2:3
**32** [1] - 5:14
**33** [3] - 17:12, 17:13, 28:14
**33128** [1] - 2:2
**33129** [1] - 1:19
**33132** [1] - 1:15
**33301** [1] - 1:23
**3553** [2] - 8:8, 10:24
**3553(a** [4] - 22:5, 28:25, 29:13, 32:17
**3553(a)** [1] - 31:15
**3rd** [2] - 1:19, 1:22

## 4

**4** [1] - 11:17
**400** [1] - 2:2
**404(b** [1] - 13:21
**463-0773** [1] - 1:23
**4th** [2] - 1:15, 14:25

## 5

**5** [1] - 11:15
**523-5634** [1] - 2:3
**5K** [2] - 15:21, 15:24
**5K1** [4] - 10:13, 23:2, 24:16, 24:17
**5K1.1** [5] - 5:6, 12:19, 18:5, 20:17, 22:25

## 6

**633** [1] - 1:22

## 7

**72** [2] - 31:22, 32:24

## 8

**8** [9] - 5:7, 7:24, 8:10, 8:11, 14:14, 20:20, 20:22, 20:25, 21:1
**8.2** [1] - 17:11
**854-6100** [1] - 1:20
**8th** [1] - 2:2

## 9

**954** [1] - 1:23
**961-9401** [1] - 1:16
**99** [1] - 1:15

## A

**abandoned** [1] - 5:24
**aberrant** [2] - 6:12, 10:25
**aberration** [1] - 11:11
**able** [6] - 10:24, 12:6, 31:16, 32:18, 34:23, 35:5
**above-entitled** [1] - 36:4
**absolutely** [3] - 6:9, 21:17, 22:4
**accept** [1] - 4:19
**according** [1] - 3:6
**accurate** [1] - 36:3
**achieve** [1] - 29:12
**actions** [1] - 10:3
**actor** [1] - 29:8
**actors** [2] - 29:21, 31:5
**actual** [2] - 10:11, 25:4
**adavide@aol.com** [1] - 1:20
**addition** [1] - 18:4
**admitted** [3] - 18:9, 18:22, 19:2
**advised** [3] - 27:3, 34:5, 34:20
**advisory** [2] - 31:13, 32:15
**African** [1] - 21:13
**African-American** [1] - 21:13
**afternoon** [6] - 2:14, 2:17, 2:20, 2:23, 4:17, 9:9

**agents** [1] - 18:22
**agree** [5] - 5:8, 14:5, 19:24, 30:1, 30:7
**agreed** [2] - 17:2, 18:10
**agreement** [6] - 17:1, 17:11, 19:17, 24:12, 28:8, 28:13
**alive** [2] - 12:11, 35:2
**allow** [3] - 8:23, 8:25, 34:12
**allowed** [2] - 3:15, 21:24
**almost** [1] - 5:21
**Altonaga** [1] - 23:18
**Amended** [1] - 3:4
**amending** [1] - 10:16
**amends** [1] - 7:20
**AMERICA** [2] - 1:4, 1:14
**America** [1] - 2:11
**American** [1] - 21:13
**ammunition** [2] - 32:4, 33:6
**amount** [1] - 8:2
**ANA** [1] - 1:18
**Ana** [1] - 2:17
**AND** [1] - 1:6
**angles** [1] - 20:11
**Anthony** [1] - 21:16
**anticipate** [1] - 15:23
**apologize** [1] - 30:13
**apology** [2] - 30:12, 30:13
**appeal** [1] - 35:10
**appearances** [1] - 2:13
**applicable** [1] - 28:22
**approach** [2] - 12:10, 12:11
**approached** [4] - 7:11, 8:5, 13:13, 13:25
**appropriate** [6] - 7:24, 7:25, 9:4, 13:4, 14:17, 28:9
**area** [6] - 26:9, 26:16, 26:20, 26:21, 27:15
**arguing** [1] - 3:25
**arrest** [6] - 5:7, 7:25, 8:10, 8:17, 8:24, 21:4
**arrested** [2] - 8:15, 9:21
**arrests** [5] - 10:1, 10:8, 21:5, 21:14
**articulated** [1] - 13:11
**assessment** [2] - 32:12, 33:14
**assessments** [2] - 32:9, 33:11
**assistant** [1] - 2:15
**Atesiano** [10] - 10:11, 15:11, 20:15, 21:3, 21:8, 21:20, 23:1, 23:6, 23:23, 28:1
**Atesiano's** [1] - 23:1
**attached** [1] - 11:24
**attorney** [1] - 9:13
**Attorney's** [1] - 1:14, 12:14
**attorneys** [1] - 2:15
**ATTY** [20] - 2:17, 2:20, 2:25, 3:3, 4:6, 4:9, 4:14, 5:2,

9:12, 24:4, 24:6, 24:9, 25:21, 27:9, 28:6, 33:18, 33:24, 34:1, 34:5, 34:16
**AUSA** [45] - 1:13, 1:14, 2:14, 10:16, 12:18, 14:19, 14:22, 15:2, 15:5, 15:10, 15:13, 15:19, 15:22, 16:8, 16:11, 16:19, 17:3, 17:6, 17:17, 18:13, 18:16, 18:24, 19:5, 19:8, 19:22, 19:24, 20:6, 20:21, 20:23, 20:25, 21:11, 21:15, 22:14, 23:14, 24:3, 26:10, 26:12, 26:15, 27:16, 30:5, 30:10, 30:15, 30:18, 30:24, 31:10
**authority** [1] - 29:5
**available** [3] - 12:1, 12:5, 12:9
**Avenue** [3] - 1:19, 1:22, 2:2
**aware** [2] - 12:19, 14:10

## B

**BAAN** [2] - 2:1, 36:9
**BAAN-PROULX** [2] - 2:1, 36:9
**bad** [4] - 10:8, 29:8, 29:21, 31:5
**badlands** [5] - 26:10, 26:12, 26:13, 27:13, 27:19, 28:4
**base** [1] - 4:2
**based** [6] - 3:17, 8:21, 8:22, 25:11, 30:2
**basis** [2] - 11:21, 21:5
**beat** [1] - 29:16
**beautiful** [1] - 9:2
**becomes** [2] - 3:18, 12:5
**BEFORE** [1] - 1:10
**began** [2] - 6:23, 10:4
**behalf** [11] - 2:16, 2:18, 2:21, 2:25, 3:2, 4:16, 5:1, 9:4, 9:7, 9:8, 9:11
**behavior** [5] - 6:12, 10:25, 29:24, 30:8, 30:21
**behind** [1] - 17:22
**belong** [1] - 21:21
**below** [1] - 28:22
**benefit** [1] - 23:21
**best** [1] - 34:21
**better** [3] - 5:22, 11:9, 11:10
**between** [2] - 13:1, 14:2
**Biscayne** [6] - 9:24, 10:7, 22:3, 26:15, 27:23, 27:24
**bit** [5] - 5:16, 9:3, 13:22, 26:17
**black** [14] - 21:17, 21:22, 22:1, 25:12, 25:18, 25:20, 25:24, 26:2, 26:18, 26:25, 27:8, 27:10, 27:11
**blacks** [1] - 21:19

31:17
**Charlie** [1] - 2:12
**CHARLIE** [2] - 1:6, 1:19
**chief** [13] - 6:19, 10:11, 12:23, 13:25, 21:24, 23:19, 25:10, 25:22, 26:1, 26:4, 29:7, 29:16, 31:6
**Chief** [4] - 20:15, 22:25, 23:1, 25:15
**chief's** [2] - 6:7, 25:23
**chiefs** [1] - 6:1
**choice** [1] - 31:1
**chronic** [1] - 11:17
**Churchman** [1] - 21:24
**circumstances** [1] - 22:7
**cited** [2] - 3:14, 10:22
**citizens** [1] - 21:9
**city** [3] - 10:2, 13:8, 13:9
**clarify** [1] - 24:10
**class** [1] - 7:9
**clean** [1] - 27:3
**clearance** [1] - 21:7
**clearly** [2] - 24:10, 25:24
**Cleveland** [2] - 11:25, 12:3
**client** [1] - 9:18
**Clinic** [2] - 11:25, 12:3
**close** [1] - 26:2
**closer** [1] - 34:13
**co** [3] - 15:5, 15:23, 34:17
**co-counsel** [3] - 15:5, 15:23, 34:17
**Code** [5] - 16:4, 16:6, 31:14, 32:16
**code** [1] - 16:5
**coincidence** [1] - 25:19
**color** [1] - 16:6
**coming** [3] - 22:25, 23:3, 27:25
**comment** [1] - 9:9
**comments** [1] - 26:14
**commit** [1] - 29:4
**committed** [3] - 13:18, 31:18, 32:20
**committing** [2] - 32:2, 33:4
**community** [7] - 11:5, 21:13, 22:22, 22:23, 27:15, 29:3, 29:9
**completed** [1] - 18:17
**COMPLETED** [1] - 36:9
**comply** [4] - 32:1, 32:6, 33:3, 33:8
**compromise** [1] - 20:9
**concerned** [1] - 21:8
**concerns** [1] - 12:25
**concluded** [1] - 35:18
**conclusion** [1] - 23:17
**conditions** [4] - 32:1, 32:7, 33:3, 33:9
**conduct** [3] - 20:19, 23:13,

**block** [1] - 26:16
**blood** [2] - 11:21, 35:3
**board** [4] - 8:6, 13:15, 19:15, 20:10
**Booker** [1] - 8:22
**borders** [1] - 26:16
**born** [1] - 6:14
**bottom** [3] - 19:18, 21:2, 28:16
**breadth** [1] - 17:25
**briefly** [1] - 24:4
**bring** [2] - 4:3, 8:13
**brought** [4] - 3:3, 9:23, 10:20, 26:22
**Bureau** [2] - 31:18, 32:20
**burglaries** [2] - 21:6, 28:2
**burglary** [1] - 21:7
**butcher** [1] - 11:18
**BY** [1] - 2:1

## C

**calculated** [1] - 4:10
**calendar** [1] - 15:3
**cap** [3] - 16:21, 16:22, 20:1
**Captain** [1] - 21:23
**care** [1] - 29:16
**Carolina** [6] - 6:20, 6:21, 7:7, 7:10, 24:20, 34:13
**carried** [1] - 16:9
**carries** [1] - 3:11
**CASE** [1] - 1:2
**case** [25] - 3:13, 3:17, 4:11, 9:22, 9:23, 10:9, 10:21, 11:1, 13:18, 14:20, 17:23, 20:11, 20:12, 22:24, 23:4, 23:17, 23:25, 25:15, 25:24, 28:16, 28:23, 30:9, 30:23, 31:11, 32:13
**cases** [1] - 9:18
**category** [3] - 3:7, 4:12, 8:14
**caused** [1] - 21:4
**certain** [1] - 14:9
**certainly** [1] - 30:21
**certify** [1] - 36:3
**change** [2] - 3:22, 13:8
**chapter** [1] - 10:7
**character** [2] - 8:3, 11:11
**characteristics** [2] - 8:22, 22:9
**charge** [15] - 14:1, 16:5, 16:24, 17:2, 17:16, 18:3, 18:15, 18:18, 18:19, 19:19, 20:16, 25:9, 25:13, 28:2, 28:12
**charged** [8] - 13:20, 15:8, 15:10, 15:16, 16:3, 18:17, 19:15, 23:7
**charges** [2] - 13:11, 23:7
**Charles** [2] - 2:18, 31:11,

28:16
**confinement** [1] - 34:10
**consider** [2] - 6:12, 23:12
**consideration** [3] - 4:22, 23:4, 28:21
**considered** [2] - 31:12, 32:14
**considering** [1] - 22:5
**consistent** [1] - 30:22
**conspiracy** [11] - 15:10, 15:15, 16:5, 16:11, 16:22, 16:25, 17:25, 21:3, 31:7, 31:9
**contains** [2] - 31:13, 32:15
**continue** [1] - 8:25
**continued** [4] - 14:25, 15:4, 15:6, 35:1
**continues** [1] - 8:19
**continuous** [1] - 12:10
**controlled** [2] - 32:3, 33:5
**conversations** [1] - 10:15
**cook** [1] - 8:18
**cooperate** [7] - 13:16, 13:23, 18:10, 18:12, 19:4, 19:5, 24:13
**cooperated** [3] - 10:4, 18:9, 24:15
**cooperates** [1] - 9:19
**cooperation** [10] - 4:22, 5:12, 9:17, 10:18, 12:21, 12:24, 18:17, 18:19, 23:21, 28:21
**cop** [1] - 29:16
**correct** [4] - 4:13, 19:23, 21:12, 27:6
**counsel** [11] - 2:13, 3:25, 10:6, 14:5, 15:5, 15:23, 22:9, 26:22, 27:6, 27:7, 33:16, 34:17
**counselled** [2] - 13:24, 14:1
**count** [12] - 3:9, 3:10, 16:18, 16:19, 16:20, 17:14, 19:20, 30:3, 31:19, 31:21, 32:21, 32:23
**country** [1] - 11:9
**counts** [2] - 16:9, 16:12
**couple** [1] - 14:18
**course** [2] - 12:25, 23:2
**COURT** [70] - 1:1, 1:11, 2:13, 2:23, 3:2, 3:21, 4:4, 4:7, 4:10, 4:15, 4:24, 5:1, 9:7, 9:11, 12:17, 14:18, 14:20, 14:24, 15:4, 15:8, 15:12, 15:17, 15:21, 15:25, 16:9, 16:18, 17:1, 17:4, 17:9, 17:13, 17:15, 18:7, 18:14, 18:21, 19:4, 19:7, 19:9, 19:16, 19:23, 20:3, 20:19, 20:22, 20:24, 21:1, 21:12, 22:5, 23:8, 24:2, 24:5,

24:8, 25:19, 26:7, 26:11, 26:13, 27:12, 28:5, 28:7, 30:7, 30:11, 30:16, 30:20, 31:4, 31:11, 33:21, 33:23, 33:25, 34:4, 34:15, 35:9, 35:13
**Court** [20] - 2:1, 5:7, 6:6, 9:23, 12:18, 14:12, 19:19, 20:8, 22:2, 23:19, 25:2, 28:11, 29:6, 30:19, 31:11, 31:15, 31:17, 32:13, 32:17, 32:19
**court** [3] - 2:10, 29:18, 31:6
**Court's** [3] - 19:24, 28:9, 33:16
**COURTROOM** [1] - 2:11
**courtroom** [1] - 14:6
**create** [1] - 22:20
**crimes** [2] - 32:2, 33:4
**criminal** [2] - 4:11, 8:14
**culture** [2] - 9:25, 21:25
**custody** [2] - 7:5, 35:15

## D

**dangerous** [3] - 11:8, 32:5, 33:7
**DATE** [1] - 36:9
**daughter** [2] - 7:6, 8:20
**DAVID** [1] - 1:22
**David** [1] - 2:20
**DAVIDE** [15] - 1:18, 2:17, 2:25, 4:14, 5:2, 24:4, 24:6, 24:9, 25:21, 27:9, 28:6, 33:18, 33:24, 34:1, 34:5
**Davide** [1] - 2:17
**Dayoub** [27] - 2:12, 2:18, 3:1, 4:11, 4:15, 5:7, 5:17, 5:22, 6:2, 6:22, 8:2, 8:15, 9:4, 10:15, 13:4, 13:19, 20:24, 24:7, 24:11, 25:7, 25:16, 25:17, 26:4, 27:2, 31:11, 31:18, 35:11
**DAYOUB** [2] - 1:6, 1:19
**Dayoub's** [6] - 5:12, 9:13, 17:23, 25:3, 26:2, 26:3
**days** [2] - 14:22, 15:6
**De** [1] - 21:16
**deal** [7] - 18:1, 18:2, 22:19, 23:5, 24:22, 24:24, 24:25
**debriefed** [1] - 24:24
**debt** [2] - 32:7, 33:10
**decided** [1] - 8:5
**decides** [1] - 8:8
**decision** [3] - 8:12, 11:12, 17:18
**decisions** [1] - 22:3
**DEFENDANT** [7] - 1:18, 1:22, 4:17, 4:25, 9:9, 35:12, 35:14

**defendant** [22] - 3:25, 4:3, 14:21, 31:15, 31:17, 31:20, 31:22, 31:25, 32:4, 32:6, 32:11, 32:18, 32:19, 32:22, 32:24, 33:1, 33:2, 33:6, 33:8, 33:13, 33:16, 35:10
**defendants** [14] - 1:7, 12:20, 12:22, 13:15, 16:2, 16:14, 17:13, 17:20, 22:8, 22:10, 23:5, 23:21, 28:12, 30:13
**defense** [4] - 14:5, 26:22, 27:6, 27:7
**definitely** [2] - 6:12, 26:6
**denied** [3] - 4:7, 34:15, 35:9
**depart** [1] - 10:24
**Department** [5] - 9:25, 10:8, 27:22, 27:24
**department** [5] - 10:11, 10:12, 13:10, 22:4, 26:23
**departure** [5] - 5:3, 5:11, 5:15, 10:25, 11:14
**deprivation** [2] - 16:5, 16:21
**deprived** [2] - 19:19, 28:11
**DEPUTY** [1] - 2:11
**designated** [2] - 34:10, 34:12
**designation** [2] - 34:9, 34:13
**destructive** [2] - 32:5, 33:7
**detailed** [1] - 9:13
**deterrence** [3] - 23:10, 23:24, 29:15
**developed** [1] - 11:17
**device** [2] - 32:5, 33:7
**dialysis** [2] - 11:22, 35:4
**died** [1] - 5:21
**difference** [1] - 14:2
**different** [9] - 5:19, 7:15, 8:7, 8:21, 9:15, 10:22, 11:4, 13:22
**disagree** [3] - 30:5, 30:18, 30:20
**disagreed** [1] - 30:8
**disclosure** [2] - 32:7, 33:9
**discussed** [2] - 22:6, 25:4
**discussion** [1] - 25:25
**discussions** [1] - 14:8
**disease** [2] - 11:17, 12:11
**dismiss** [1] - 17:2
**dismissed** [2] - 17:16, 28:13
**disparity** [1] - 16:1
**dispose** [1] - 30:23
**disposition** [1] - 30:22
**dispute** [3] - 21:10, 21:15, 27:1
**distinction** [1] - 13:1
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [2] - 31:23, 32:25
**doctors** [1] - 12:10
**done** [2] - 4:23, 18:9
**Dorvee** [1] - 3:14

**doubt** [3] - 6:2, 12:22
**down** [7] - 7:15, 8:13, 10:11, 10:24, 26:7, 27:4, 27:5
**downward** [5] - 5:3, 5:11, 5:15, 10:24, 11:14
**drugs** [1] - 6:23
**dunk** [1] - 30:4

## E

**E.B** [1] - 15:11
**effectuated** [1] - 21:5
**either** [2] - 19:7, 33:15
**elder** [1] - 11:16
**elected** [1] - 21:8
**eligible** [1] - 14:14
**emboldens** [1] - 29:23
**employment** [2] - 32:8, 33:10
**encouraged** [1] - 21:4
**endless** [1] - 8:2
**enforcement** [14] - 7:2, 8:5, 11:3, 11:9, 22:4, 22:23, 23:12, 23:25, 29:4, 29:10, 29:15, 29:20, 29:21, 34:6
**engaged** [1] - 19:17
**engaging** [1] - 23:12
**entire** [4] - 6:25, 7:10, 11:2, 22:24
**entirely** [1] - 29:2
**entitled** [2] - 13:2, 36:4
**environment** [1] - 7:8
**especially** [3] - 6:18, 13:3, 24:7
**ESQ** [2] - 1:18, 1:22
**essentially** [2] - 11:19, 13:6
**evidence** [1] - 25:16
**evil** [1] - 31:2
**evils** [1] - 31:1
**ex** [1] - 7:5
**ex-wife** [1] - 7:5
**exactly** [2] - 7:21, 13:11
**exception** [1] - 35:6
**excessive** [3] - 15:14, 15:16, 23:7
**exclusive** [1] - 31:5
**excuse** [3] - 4:20, 6:4, 26:5
**existed** [1] - 24:16
**existence** [1] - 21:6
**expanding** [1] - 34:17
**explained** [2] - 4:1, 14:6
**explaining** [1] - 9:2
**extensive** [4] - 5:6, 5:15, 12:7, 13:20
**extent** [1] - 28:20
**extra** [1] - 6:8
**extraordinary** [4] - 5:12, 6:20, 9:17, 10:17

## F

**face** [1] - 18:14
**faced** [4] - 17:18, 20:10, 20:14, 30:25
**facility** [1] - 34:24
**facing** [1] - 23:22
**fact** [12] - 5:20, 6:12, 10:19, 12:8, 13:15, 22:15, 30:1, 33:16, 34:6, 34:19, 34:22, 35:2
**factor** [4] - 25:6, 25:7, 29:13, 29:14
**factors** [6] - 10:22, 22:6, 22:11, 28:25, 31:14, 32:16
**facts** [1] - 26:8
**failing** [1] - 11:19
**fair** [1] - 19:20
**false** [1] - 13:11
**falsely** [1] - 14:1
**family** [9] - 2:19, 5:18, 5:23, 7:9, 7:10, 9:5, 26:21, 26:23, 34:14
**fast** [1] - 8:18
**father** [2] - 5:24, 7:4
**favor** [1] - 21:8
**FCRR** [2] - 2:1, 36:9
**FDC** [2] - 34:7, 34:8
**felony** [7] - 15:18, 15:19, 16:23, 17:2, 19:19, 30:2, 30:3
**FERNANDEZ** [2] - 1:6, 1:22
**Fernandez** [24] - 2:12, 2:21, 3:2, 3:8, 3:9, 4:13, 9:7, 9:18, 9:24, 10:18, 11:2, 11:15, 11:16, 12:15, 13:5, 13:23, 14:1, 14:3, 19:14, 32:13, 32:20, 34:18, 35:13
**Fernandez's** [1] - 14:13
**few** [1] - 9:16
**fictitious** [1] - 21:6
**file** [4] - 5:6, 10:12, 14:11, 20:17
**filed** [5] - 5:2, 6:19, 12:19, 14:7, 18:5
**filing** [1] - 15:23
**filled** [1] - 26:24
**final** [1] - 15:11
**finally** [4] - 13:14, 22:23, 23:20, 27:3
**financial** [2] - 32:7, 33:9
**findings** [1] - 33:16
**fine** [2] - 31:16, 32:18
**fines** [2] - 32:9, 33:11
**firearm** [2] - 32:4, 33:6
**fired** [1] - 8:18
**first** [15] - 7:2, 9:17, 10:25, 13:7, 13:8, 13:13, 13:15, 14:20, 18:3, 19:1, 19:14, 26:22, 28:7, 29:22, 30:14

**FL** [4] - 1:15, 1:19, 1:23, 2:2
**flew** [2] - 7:15, 24:20
**Floor** [1] - 2:2
**FLORIDA** [1] - 1:1
**Florida** [1] - 11:5
**focal** [1] - 11:18
**fold** [1] - 19:14
**folks** [1] - 22:1
**follow** [5] - 5:10, 8:8, 8:23, 9:5, 18:7
**followed** [3] - 6:6, 8:24, 25:22
**follower** [2] - 6:3, 29:7
**following** [3] - 2:10, 32:6, 33:8
**food** [1] - 8:18
**FOR** [3] - 1:13, 1:18, 1:22
**force** [3] - 15:14, 15:16, 23:7
**foregoing** [1] - 36:3
**former** [2] - 6:19, 23:1
**forms** [1] - 26:25
**Fort** [1] - 1:23
**forth** [3] - 12:25, 31:14, 32:16
**forthcoming** [3] - 13:14, 18:25, 19:12
**fortunately** [1] - 7:19
**forward** [3] - 24:19, 26:22, 30:2
**fought** [2] - 5:19, 7:5
**four** [4] - 8:13, 8:24, 10:14, 13:3
**four-level** [1] - 10:14
**front** [4] - 4:18, 7:3, 7:16, 30:17
**full** [1] - 17:25
**fully** [1] - 18:8

## G

**gain** [2] - 21:8, 33:20
**Gall** [1] - 8:22
**gamble** [1] - 20:8
**general** [3] - 23:10, 23:24, 29:14
**generous** [1] - 28:20
**given** [3] - 23:9, 28:15, 28:20
**GIZELLA** [2] - 2:1, 36:9
**gizella_baan** [1] - 2:3
**gizella_baan-proulx@flsd.uscourts.gov** [1] - 2:3
**glomerulosclerosis** [1] - 11:19
**government** [20] - 5:5, 5:10, 7:11, 7:14, 7:22, 7:23, 8:23, 9:6, 9:19, 10:5, 10:14, 10:21, 12:17, 13:16, 14:9, 20:7, 24:18, 24:25, 30:1
**GOVERNMENT** [1] - 19:10

**government's** [1] - 8:8
**graduated** [1] - 6:14
**grand** [6] - 7:16, 7:18, 24:11, 24:21, 24:23, 27:5
**grandfather** [1] - 5:19
**grant** [2] - 8:8, 20:16
**greater** [1] - 22:20
**growing** [1] - 5:19
**guess** [2] - 21:1, 23:8
**guideline** [8] - 3:16, 3:18, 3:19, 4:12, 17:4, 17:12, 20:5, 28:22
**guidelines** [11] - 3:10, 3:12, 14:14, 14:16, 19:18, 22:25, 23:1, 28:17, 31:13, 32:15
**guilty** [3] - 15:14, 16:24, 20:1
**guy** [2] - 21:21, 25:12

## H

**Haiti** [1] - 11:7
**hand** [2] - 15:15, 17:24
**hands** [1] - 28:9
**hard** [1] - 7:3
**hard-working** [1] - 7:3
**HARRY** [1] - 1:13
**Harry** [2] - 2:6, 2:14
**harry.wallace@usdoj.gov** [1] - 1:16
**head** [1] - 17:6
**health** [3] - 11:15, 34:19, 35:7
**heard** [1] - 22:8
**hearing** [1] - 35:18
**HEARING** [1] - 1:9
**held** [3] - 2:10, 11:5, 34:9
**help** [1] - 24:18
**helped** [3] - 6:15, 7:14, 7:22
**hereby** [1] - 36:3
**high** [3] - 6:14, 6:22, 12:23
**higher** [2] - 22:25, 23:2
**himself** [3] - 10:2, 11:23, 12:3
**history** [3] - 4:12, 8:14, 22:9
**Hobson's** [1] - 31:1
**holding** [1] - 34:8
**holistically** [1] - 23:16
**honest** [2] - 8:4, 29:19
**honestly** [1] - 11:6
**honor** [1] - 7:6
**Honor** [42] - 2:14, 2:17, 2:20, 3:3, 3:13, 3:24, 4:6, 4:9, 4:17, 4:25, 5:9, 5:10, 5:15, 5:16, 6:10, 6:18, 8:7, 8:9, 8:22, 9:5, 9:12, 10:13, 10:23, 11:13, 11:20, 12:13, 12:15, 12:18, 16:8, 17:3, 17:17, 21:11, 24:3, 30:5, 31:10, 34:11, 34:16, 34:17, 35:5, 35:12

**Honor's** [1] - 34:2
**HONORABLE** [1] - 1:10
**hoped** [1] - 24:13
**hoping** [2] - 24:16, 24:18
**hospital** [1] - 12:7
**hours** [2] - 31:22, 32:24
**house** [4] - 5:7, 7:24, 8:10, 8:24
**huge** [1] - 4:19
**hundred** [2] - 7:23, 21:7

## I

**identified** [1] - 29:22
**identify** [1] - 25:8
**ill** [1] - 5:20
**illegal** [1] - 33:22
**illness** [1] - 35:8
**immediately** [3] - 8:5, 32:12, 33:14
**impact** [1] - 17:10
**implications** [1] - 25:14
**important** [2] - 6:5, 25:5
**impose** [1] - 19:20
**imposed** [5] - 4:16, 28:10, 29:11, 33:15, 35:11
**imprisoned** [2] - 31:18, 32:21
**imprisonment** [3] - 16:10, 31:20, 32:22
**inartful** [1] - 19:11
**incident** [2] - 5:13, 6:24
**include** [2] - 32:2, 33:4
**included** [1] - 21:3
**income** [2] - 7:9, 26:17
**indians** [1] - 6:1
**indicate** [1] - 25:16
**indicted** [1] - 30:14
**indictment** [1] - 16:20
**individual** [2] - 5:13, 25:18
**individuals** [1] - 21:12
**informed** [1] - 13:9
**injury** [2] - 16:13, 16:14
**inner** [1] - 10:7
**insisting** [1] - 18:11
**instance** [3] - 13:19, 27:18, 27:20
**instances** [3] - 10:10, 13:21
**instant** [1] - 22:7
**instead** [1] - 7:13
**instruction** [1] - 11:24
**instrumental** [1] - 12:24
**insulting** [1] - 29:19
**integral** [1] - 31:9
**intended** [1] - 14:7
**intention** [1] - 25:11
**interviewed** [1] - 27:2
**interviews** [1] - 19:3
**investigation** [2] - 9:20, 12:22

**invites** [1] - 22:18
**involved** [5] - 6:6, 15:14, 16:14, 18:1, 25:17
**involvement** [5] - 13:17, 13:18, 13:20, 13:22, 19:2
**involving** [1] - 15:11
**iron** [1] - 17:24
**issue** [6] - 15:25, 16:1, 18:16, 22:3, 34:19, 35:7
**issues** [1] - 13:10

## J

**job** [1] - 6:9
**jobs** [1] - 17:23
**joint** [1] - 8:10
**JR** [1] - 1:13
**judge** [9] - 2:25, 15:22, 20:6, 26:15, 30:10, 33:18, 33:24, 34:1, 34:2
**Judge** [26] - 5:2, 5:3, 5:9, 6:11, 6:24, 7:2, 7:23, 8:9, 8:21, 15:2, 15:6, 18:18, 19:1, 19:6, 19:22, 20:11, 20:21, 22:14, 22:15, 23:14, 23:18, 25:6, 27:16, 28:6, 30:15, 30:25
**JUDGE** [1] - 1:11
**judgement** [2] - 31:17, 32:19
**jump** [1] - 8:5
**jurisdiction** [1] - 27:25
**jury** [6] - 7:16, 7:18, 24:11, 24:21, 24:23, 27:5
**justify** [2] - 6:9, 7:1

## K

**keep** [1] - 18:5
**keeping** [2] - 12:11, 35:2
**kidney** [5] - 11:17, 11:23, 12:1, 12:5, 12:11
**kidneys** [2] - 11:19, 12:8
**kind** [8] - 21:25, 23:10, 23:13, 29:11, 29:15, 29:19, 29:23, 29:24
**kinds** [1] - 29:4
**kingpin** [1] - 17:21
**knowing** [1] - 24:15
**known** [2] - 6:2, 27:8
**knows** [2] - 6:4, 6:10
**Kosovo** [1] - 11:7

## L

**lack** [1] - 5:21
**largely** [1] - 27:15
**last** [3] - 14:11, 14:21, 23:8
**Lauderdale** [1] - 1:23
**law** [20] - 3:13, 3:17, 5:18, 7:2, 8:5, 11:2, 11:8, 16:6, 22:13, 22:22, 23:12, 23:25,

29:1, 29:3, 29:10, 29:15, 29:20, 29:21, 34:6
**Lawrence** [1] - 21:23
**lawyer** [5] - 7:12, 11:18, 24:14, 27:4, 27:6
**lead** [2] - 6:7, 25:23
**least** [3] - 13:20, 19:3, 33:19
**led** [2] - 19:25, 21:25
**legal** [1] - 21:5
**lengthy** [1] - 9:14
**less** [1] - 3:15
**lesser** [3] - 18:3, 18:20, 31:1
**letter** [6] - 6:19, 9:2, 10:2, 13:11, 30:12, 30:13
**level** [11] - 3:11, 3:19, 4:2, 4:11, 8:11, 8:14, 10:14, 14:14, 17:11
**levels** [2] - 8:13, 13:3
**life** [8] - 5:21, 6:13, 6:25, 8:25, 9:3, 11:10, 12:5
**lifetime** [1] - 11:2
**light** [1] - 20:8
**likely** [1] - 23:22
**line** [1] - 11:10
**list** [1] - 11:23
**lived** [2] - 26:21, 26:23
**local** [1] - 11:3
**lodge** [1] - 3:20
**look** [8] - 13:17, 17:7, 22:23, 23:16, 23:25, 25:15, 26:8
**looked** [1] - 20:11
**looking** [2] - 16:20, 20:14
**lose** [1] - 6:9
**low** [1] - 6:25
**lower** [2] - 3:19, 26:17
**lower-income** [1] - 26:17

## M

**man** [3] - 5:22, 7:3, 34:22
**manager** [3] - 10:2, 13:8, 13:9
**mandatory** [2] - 32:1, 33:3
**manipulation** [1] - 19:17
**manner** [1] - 33:17
**Marcelin** [1] - 2:6
**married** [1] - 6:22
**Marshal** [1] - 35:15
**matter** [2] - 5:20, 36:5
**maximum** [8] - 3:7, 3:14, 3:17, 3:22, 3:24, 16:12, 16:15, 33:21
**mean** [4] - 18:8, 22:2, 26:8, 30:11
**means** [2] - 16:16, 16:21
**meant** [1] - 19:12
**medical** [1] - 12:7
**medication** [3] - 12:7, 34:23, 34:25
**memorandum** [5] - 9:14,

9:16, 10:23, 11:14, 11:24
**men** [1] - 29:19
**mercy** [1] - 4:21
**message** [3] - 22:17, 22:22, 29:2
**met** [3] - 7:14, 8:1, 10:5
**MIAMI** [1] - 1:2
**Miami** [11] - 1:15, 1:19, 2:2, 2:2, 6:14, 6:15, 7:8, 26:16, 27:22, 27:23
**MICHAEL** [1] - 1:10
**middle** [1] - 7:8
**might** [2] - 23:12, 30:11
**mind** [1] - 6:2
**minimum** [1] - 16:23
**minority** [3] - 21:13, 27:15, 29:3
**minute** [2] - 7:13, 14:11
**minutes** [1] - 12:2
**misdemeanor** [10] - 3:9, 3:15, 15:20, 16:22, 18:4, 20:1, 20:5, 24:13, 24:16, 25:3
**misdemeanors** [2] - 16:16, 16:17
**mistake** [3] - 4:19, 4:20, 4:21
**misunderstand** [1] - 30:24
**misunderstood** [4] - 24:7, 24:8, 30:15, 30:16
**moment** [1] - 18:21
**money** [1] - 6:8
**month** [2] - 31:19, 32:21
**monthly** [1] - 11:21
**months** [22] - 3:11, 3:23, 3:24, 4:12, 5:7, 7:24, 8:10, 8:11, 8:24, 10:17, 12:15, 14:16, 16:13, 16:15, 17:12, 17:13, 19:19, 20:2, 28:14, 28:23, 33:21, 33:22
**MOORE** [1] - 1:10
**more-extensive** [1] - 13:20
**most** [6] - 3:5, 5:3, 6:18, 9:18, 11:8, 28:12
**mother** [1] - 5:20
**motion** [11] - 5:2, 5:3, 5:6, 5:11, 10:13, 14:7, 15:24, 18:5, 20:17, 23:2, 34:2
**motions** [1] - 12:19
**moved** [1] - 7:7
**multiple** [1] - 31:8
**mutually** [1] - 31:5
**myriad** [2] - 12:9, 34:22

### N

**nail** [1] - 7:5
**name** [2] - 14:21, 26:9
**national** [1] - 11:23
**nature** [1] - 22:7
**ne** [1] - 35:9

**NE** - 1:15
**need** [4] - 11:22, 22:6, 26:3, 26:4
**needs** [6] - 6:10, 29:10, 34:23, 34:25, 35:3, 35:5
**negotiated** [1] - 24:22
**negotiations** [3] - 19:25, 20:7, 25:4
**never** [2] - 8:15
**new** [3] - 13:9, 32:7, 33:9
**night** [1] - 28:3
**NO** [1] - 1:2
**north** [1] - 27:23
**North** [2] - 2:2, 26:16, 27:22
**note** [3] - 2:13, 4:7, 5:11
**noted** [2] - 32:9, 33:12
**nothing** [2] - 18:13, 24:3
**noticed** [1] - 18:2
**numerous** [4] - 10:5, 10:10, 24:25

### O

**object** [1] - 33:16
**objection** [3] - 3:20, 4:7, 4:8
**objections** [4] - 2:24, 2:25, 3:4, 33:25
**Objections** [1] - 3:4
**objects** [1] - 21:2
**obviously** [3] - 8:14, 8:17, 24:13
**occasions** [1] - 10:5
**October** [2] - 1:5, 14:25
**OF** [3] - 1:1, 1:4, 1:14
**offense** [15] - 3:11, 3:19, 3:20, 4:2, 4:11, 13:18, 15:19, 18:4, 18:20, 20:19, 22:8, 27:23, 28:16, 30:2
**offenses** [3] - 15:9, 15:18, 18:4
**offered** [1] - 25:1
**Office** [2] - 1:14, 12:14
**office** [2] - 31:23, 32:25
**Officer** [1] - 2:6
**officer** [5] - 3:22, 11:4, 13:24, 17:9, 23:22
**officer's** [1] - 8:12
**officers** [8] - 13:7, 21:4, 21:16, 23:25, 29:4, 29:16, 31:9, 34:9
**officials** [2] - 21:8, 34:7
**old** [3] - 5:14, 6:16, 7:6
**once** [3] - 7:15, 15:6, 34:12
**one** [21] - 3:6, 7:23, 13:7, 13:9, 13:10, 13:19, 13:21, 15:11, 15:15, 15:25, 20:21, 20:24, 21:6, 21:16, 22:11, 26:3, 31:21, 32:23, 34:1
**ones** [1] - 29:22
**open** [1] - 2:10

**operation** [1] - 14:15
**opinion** [1] - 17:19
**opportunity** [1] - 19:20
**orally** [1] - 14:13
**order** [9] - 5:18, 17:21, 18:5, 18:18, 21:5, 22:20, 28:1, 31:2, 31:6
**ordered** [2] - 32:11, 33:13
**originally** [1] - 16:3
**otherwise** [2] - 6:13, 28:22
**otherwise-applicable** [1] - 28:22
**otherwise-perfect** [1] - 6:13
**outlined** [1] - 11:4
**outset** [1] - 12:25
**outside** [1] - 14:6
**own** [3] - 4:16, 7:22, 9:8

### P

**page** [1] - 17:10
**paragraph** [6] - 17:11, 20:20, 20:22, 20:25, 21:1, 21:2
**Park** [6] - 9:24, 10:8, 22:3, 26:15, 27:23, 27:24
**parroting** [1] - 34:16
**parse** [1] - 23:15
**part** [5] - 17:1, 23:17, 23:18, 32:10, 33:12
**particular** [4] - 16:13, 23:15, 27:18, 27:20
**particularly** [1] - 29:3
**parties** [3] - 28:8, 31:12, 32:14
**parts** [2] - 9:15, 11:8
**patrolled** [1] - 26:20
**pay** [4] - 31:16, 32:11, 32:18, 33:13
**penalty** [1] - 33:21
**people** [8] - 6:1, 18:1, 21:18, 26:2, 26:17, 26:18
**per** [1] - 8:11
**percent** [2] - 7:23, 21:7
**perfect** [1] - 6:13
**perhaps** [2] - 18:24, 23:6
**permissible** [2] - 32:8, 33:10
**person** [7] - 8:4, 17:21, 17:22, 25:8, 31:2, 31:23, 32:25
**persons** [1] - 21:4
**ph** [3] - 3:14, 21:16, 21:24
**Phillips** [1] - 13:21
**phone** [2] - 7:12, 12:2
**physical** [1] - 11:15
**pick** [5] - 25:11, 25:21, 27:10, 27:13, 27:19
**picked** [2] - 7:12, 27:21
**pig** [1] - 21:23
**place** [3] - 17:24, 30:14, 34:8
**placed** [3] - 11:22, 31:21,

32:23
**plaintiff** [1] - 1:4
**PLAINTIFF** [1] - 1:13
**plan** [1] - 25:3
**players** [1] - 31:8
**plea** [6] - 17:1, 17:11, 19:16, 25:4, 28:8, 28:13
**plead** [1] - 18:12
**pleading** [1] - 15:17
**pled** [6] - 3:9, 15:14, 16:24, 17:14, 20:1, 28:15
**point** [6] - 5:9, 5:22, 6:24, 21:15, 27:1, 27:12
**police** [11] - 10:10, 10:12, 11:4, 12:23, 13:10, 22:3, 23:19, 29:7, 29:17, 31:6, 34:9
**Police** [5] - 9:25, 10:8, 27:22, 27:23, 27:24
**policy** [3] - 34:3, 34:20, 35:6
**position** [1] - 14:12
**positions** [1] - 11:4
**possess** [2] - 32:4, 33:6
**possessing** [2] - 32:3, 33:5
**possibility** [1] - 20:14
**possibly** [1] - 34:24
**prepare** [1] - 35:5
**prepared** [1] - 34:21
**present** [6] - 2:5, 2:18, 2:21, 12:3, 14:12
**Presentence** [1] - 3:5
**presentence** [4] - 31:12, 32:10, 32:14, 33:12
**pretty** [1] - 19:22
**Prisons** [2] - 31:18, 32:20
**probable** [2] - 10:1, 10:9
**Probation** [1] - 2:6
**probation** [14] - 3:6, 3:22, 4:10, 5:4, 8:12, 8:25, 10:17, 12:15, 14:15, 14:16, 17:9, 22:22, 31:23, 32:25
**PROBATION** [4] - 3:24, 15:1, 17:10, 17:14
**problems** [2] - 8:16, 20:13
**proceedings** [2] - 2:10, 36:4
**process** [4] - 10:4, 13:1, 19:1, 27:5
**promised** [1] - 20:7
**promote** [1] - 29:1
**promotes** [1] - 22:12
**pronounced** [1] - 33:17
**proposed** [1] - 28:24
**prosecuted** [1] - 22:16
**prosecution** [1] - 30:9
**prosecutors** [1] - 8:1
**PROULX** [2] - 2:1, 36:9
**proulx@flsd.uscourts.gov** [1] - 2:3
**provide** [2] - 23:10, 23:11

**provision** [1] - 20:5
**PSI** [4] - 2:24, 14:24, 17:7, 20:23
**PSR** [1] - 4:1
**punish** [1] - 6:11
**purpose** [1] - 21:2
**pursuant** [1] - 3:10
**put** [1] - 11:10
**puts** [1] - 8:13
**pyramid** [1] - 31:3

## Q

**questioning** [1] - 27:22
**questions** [1] - 14:18
**quite** [1] - 18:7

## R

**race** [4] - 22:2, 25:7, 25:11, 25:14
**raise** [3] - 6:8, 6:15, 16:1
**raised** [1] - 6:14
**range** [7] - 3:16, 3:18, 3:19, 4:12, 17:4, 17:12, 28:22
**rank** [1] - 10:11
**ranks** [1] - 11:5
**rate** [1] - 21:7
**rather** [1] - 14:11
**Raul** [4] - 2:12, 2:21, 32:13, 32:19
**RAUL** [2] - 1:6, 1:22
**Ravelo** [7] - 14:21, 15:8, 17:20, 22:24, 23:6, 23:18, 23:23
**reached** [1] - 12:23
**read** [2] - 5:15, 20:19
**reads** [1] - 5:11
**real** [2] - 27:1, 29:8
**realize** [2] - 23:4, 23:20
**really** [8] - 5:25, 7:25, 9:3, 19:4, 21:24, 23:22, 25:7, 31:2
**reason** [7] - 9:22, 11:13, 17:15, 17:16, 24:19, 28:21
**reasoning** [1] - 18:7
**reasons** [3] - 8:7, 10:23, 12:13
**receive** [1] - 22:15
**received** [1] - 10:13
**recently** [2] - 6:19, 35:3
**recommendation** [11] - 5:8, 5:10, 8:9, 8:10, 8:23, 9:5, 12:14, 23:9, 28:25, 33:19, 34:1
**recommended** [1] - 23:11
**recommending** [2] - 22:12, 29:12
**reduce** [2] - 20:16, 24:12
**reduced** [2] - 13:3, 14:13

**reduction** [8] - 5:4, 5:6, 10:14, 13:4, 14:4, 20:4, 20:17, 23:3
**reductions** [1] - 12:19
**reference** [1] - 27:14
**referred** [1] - 26:9
**reflect** [1] - 17:7
**reflected** [3] - 3:21, 14:24, 29:11
**regard** [1] - 29:14
**regarding** [2] - 14:21, 22:9
**regularly** [1] - 26:20
**regurgitating** [1] - 9:15
**REICHLING** [1] - 1:14
**Reichling** [1] - 2:15
**related** [1] - 14:20
**relates** [3] - 25:7, 25:16, 28:25
**relative** [1] - 13:17
**release** [11] - 8:25, 31:20, 31:21, 31:22, 31:25, 32:2, 32:22, 32:23, 32:24, 33:2, 33:4
**released** [2] - 31:24, 33:1
**relocated** [1] - 7:10
**remains** [2] - 3:6, 34:22
**remanded** [1] - 35:15
**rentals** [1] - 26:18
**Report** [1] - 3:5
**report** [6] - 31:13, 31:22, 32:10, 32:15, 32:24, 33:12
**REPORTED** [1] - 2:1
**reported** [2] - 21:6, 21:7
**Reporter** [1] - 2:1
**reprehensible** [1] - 21:25
**representations** [1] - 14:9
**request** [1] - 34:11
**requested** [1] - 5:4
**requesting** [1] - 10:16
**requests** [1] - 20:16
**require** [1] - 12:6
**required** [1] - 31:8
**requirement** [2] - 32:7, 33:9
**resolved** [1] - 3:5
**respect** [6] - 4:13, 4:16, 16:2, 22:12, 29:1, 29:10
**respectfully** [1] - 5:3
**respond** [2] - 12:1, 24:4
**response** [1] - 31:4
**responsibility** [1] - 4:20
**restaurant** [1] - 8:19
**restitution** [2] - 32:9, 33:11
**restriction** [4] - 32:8, 33:10
**result** [2] - 8:17, 19:25
**retained** [1] - 10:6
**review** [1] - 3:13
**revise** [1] - 14:8
**rid** [1] - 29:23
**rights** [3] - 16:6, 16:15, 16:21

**risk** [2] - 18:10, 18:11
**Robelo's** [1] - 17:7
**role** [2] - 26:2, 26:3
**room** [1] - 21:23
**route** [1] - 26:8
**RPR** [2] - 2:1, 36:9
**ruled** [1] - 17:24
**running** [1] - 18:11

## S

**save** [1] - 12:5
**saw** [3] - 9:25
**school** [2] - 6:14, 6:23
**SE** [1] - 1:22
**search** [2] - 32:8, 33:11
**Second** [1] - 3:4
**second** [4] - 4:1, 11:13, 21:1, 25:6
**secondary** [1] - 11:17
**secondly** [3] - 28:19, 28:24, 29:14
**Section** [2] - 31:14, 32:17
**section** [5] - 11:14, 16:4, 16:7
**see** [6] - 11:21, 17:25, 23:20, 26:8, 28:21, 30:17
**seeing** [1] - 10:3
**segmental** [1] - 11:18
**self** [3] - 32:8, 33:10, 34:3
**send** [1] - 29:2
**sends** [2] - 22:17, 22:22
**sent** [1] - 9:13
**sentence** [39] - 3:15, 3:18, 4:16, 5:7, 7:24, 7:25, 8:9, 9:4, 10:17, 12:15, 12:19, 14:16, 16:12, 16:15, 16:23, 19:18, 19:20, 20:18, 21:1, 22:12, 22:14, 22:21, 23:3, 23:11, 23:23, 28:10, 28:17, 28:18, 28:22, 29:11, 29:12, 29:15, 29:23, 29:25, 33:15, 33:17, 33:22, 35:11
**sentenced** [4] - 14:22, 15:18, 22:17, 22:24
**sentences** [3] - 13:3, 23:16, 24:1
**sentencing** [12] - 3:7, 3:10, 3:11, 9:14, 9:15, 10:23, 14:15, 16:1, 19:17, 23:9, 23:15, 28:11
**SENTENCING** [1] - 1:9
**serious** [4] - 17:2, 17:16, 18:15, 28:12
**seriously** [1] - 12:22
**set** [3] - 31:14, 32:16, 34:23
**several** [2] - 19:3, 19:13
**shall** [12] - 31:20, 31:22, 31:25, 32:4, 32:6, 32:11, 32:22, 32:24, 33:2, 33:6,

33:8, 33:13
**sheet** [1] - 11:25
**shocked** [1] - 30:1
**short** [1] - 12:21
**sick** [1] - 34:22
**side** [2] - 11:16, 27:14
**similar** [1] - 23:13
**similarly** [1] - 4:12
**sister** [1] - 6:15
**sitting** [1] - 18:18
**situation** [1] - 27:17
**situations** [1] - 22:18
**slam** [1] - 30:4
**slap** [2] - 29:1, 29:19
**slow** [1] - 27:4
**SOBEL** [7] - 1:22, 2:20, 3:3, 4:6, 4:9, 9:12, 34:16
**Sobel** [1] - 2:20
**sobeldefense@yahoo.com** [1] - 1:24
**sole** [1] - 8:20
**solitary** [1] - 34:10
**someone** [3] - 9:18, 14:1, 27:19
**son** [1] - 7:4
**sorry** [6] - 4:18, 9:1, 13:19, 15:2, 15:6, 27:9
**South** [7] - 6:19, 6:21, 7:7, 7:10, 11:5, 24:20, 34:13
**SOUTHERN** [1] - 1:1
**speaking** [2] - 5:5, 15:22
**special** [7] - 32:6, 32:9, 32:12, 33:9, 33:11, 33:14, 34:11
**specific** [2] - 12:4, 25:17
**specifically** [2] - 25:6, 25:17
**spent** [1] - 11:2
**spoken** [2] - 14:6, 34:7
**stage** [1] - 11:17
**standard** [2] - 32:1, 33:3
**start** [3] - 8:12, 11:22, 35:4
**starts** [1] - 10:19
**stat** [1] - 21:21
**statement** [1] - 19:21
**statements** [3] - 21:25, 31:12, 32:14
**STATES** [4] - 1:1, 1:4, 1:11, 1:14
**States** [13] - 1:14, 2:1, 2:11, 2:16, 11:3, 16:4, 16:6, 31:14, 32:12, 32:16, 33:14, 35:15
**statutory** [2] - 31:13, 32:16
**stays** [1] - 12:7
**step** [1] - 7:14
**steps** [1] - 12:4
**still** [1] - 15:2
**straight** [1] - 6:16
**Street** [1] - 1:15

**street** [2] - 25:12, 29:6
**strong** [2] - 8:3, 22:22
**strongly** [1] - 19:22
**struck** [1] - 23:5
**student** [1] - 7:7
**subject** [3] - 10:9, 10:20, 25:24
**subsection** [1] - 11:15
**subsequently** [1] - 8:18
**substance** [2] - 32:3, 33:5
**substantive** [2] - 16:12, 16:24
**subtleties** [1] - 14:10
**success** [1] - 31:9
**successful** [1] - 31:7
**sufficiently** [1] - 22:7
**Suite** [1] - 1:22
**supervised** [7] - 8:24, 31:21, 31:25, 32:1, 32:23, 33:2, 33:3
**support** [2] - 8:19, 8:20
**supposed** [1] - 25:23
**surrender** [3] - 34:3, 34:12, 34:18
**survive** [1] - 7:9
**surviving** [1] - 35:8
**SW** [1] - 1:19
**sweetheart** [1] - 6:23
**sworn** [2] - 29:3, 29:9
**system** [1] - 22:18

## T

**T.D** [1] - 13:19
**talks** [1] - 6:20
**target** [4] - 9:20, 21:17, 26:1, 28:3
**targeted** [2] - 21:18, 22:1
**targets** [1] - 21:13
**team** [1] - 14:9
**temporal** [1] - 18:16
**temporary** [1] - 34:8
**ten** [2] - 16:10, 16:23
**ten-year** [1] - 16:23
**tent** [1] - 19:14
**term** [2] - 5:22, 16:10
**terms** [2] - 16:1, 28:9
**test** [1] - 35:3
**testified** [4] - 7:16, 24:11, 24:21, 27:5
**testify** [1] - 7:17
**testing** [1] - 11:21
**THE** [78] - 1:1, 1:10, 1:13, 1:18, 1:22, 2:11, 2:13, 2:23, 3:2, 3:21, 4:4, 4:7, 4:10, 4:15, 4:17, 4:24, 4:25, 5:1, 9:7, 9:11, 12:17, 14:18, 14:20, 14:24, 15:4, 15:8, 15:12, 15:17, 15:21, 15:25, 16:9, 16:18, 17:1,

17:4, 17:9, 17:13, 17:15, 18:7, 18:14, 18:21, 19:4, 19:7, 19:9, 19:10, 19:16, 19:23, 20:3, 20:19, 20:22, 20:24, 21:1, 21:12, 22:5, 23:8, 24:2, 24:5, 24:8, 25:19, 26:7, 26:11, 26:13, 27:12, 28:5, 28:7, 30:7, 30:11, 30:16, 30:20, 31:4, 31:11, 33:21, 33:23, 33:25, 34:4, 34:15, 35:9, 35:12, 35:13
**therefore** [1] - 25:13
**Thereupon** [1] - 35:18
**they've** [1] - 8:1
**threatened** [1] - 17:23
**three** [1] - 7:15
**tied** [1] - 28:9
**Timothy** [7] - 26:24, 27:8, 27:21, 27:25, 28:2, 28:3, 28:4
**Title** [5] - 16:3, 16:4, 16:6, 16:14, 32:16
**today** [5] - 4:19, 6:17, 7:3, 22:17, 29:7
**took** [1] - 19:3
**tooth** [1] - 7:5
**top** [3] - 17:6, 20:3, 31:3
**Torre** [1] - 21:16
**total** [4] - 4:11, 4:19, 31:19, 32:21
**touch** [1] - 9:16
**towards** [1] - 35:8
**tracks** [1] - 27:14
**transcription** [1] - 36:4
**transplant** [1] - 11:23
**treated** [1] - 11:25
**treatment** [3] - 12:7, 34:25, 35:1
**tremendous** [1] - 29:5
**Trenton** [1] - 2:15
**TRENTON** [1] - 1:14
**trentreichling@miamisao.
  com** [1] - 1:17
**trial** [3] - 18:12, 20:13, 30:3
**truly** [1] - 11:11
**trusted** [1] - 7:22
**truthfully** [1] - 9:1
**trying** [1] - 11:9, 27:11
**turned** [2] - 6:16, 25:20
**twice** [1] - 7:15
**two** [15] - 5:19, 7:13, 10:22, 12:22, 13:20, 14:22, 15:6, 16:14, 17:19, 23:5, 24:6, 26:21, 31:1, 31:9
**two-minute** [1] - 7:13
**twofold** [1] - 18:2

## U

**U.S** [4] - 2:6, 2:15, 3:14, 12:14
**under** [5] - 14:15, 16:6, 17:10, 19:20, 28:17
**understated** [1] - 18:24
**unfortunately** [5] - 5:24, 6:23, 7:19, 11:16, 34:8
**uniform** [1] - 12:10
**uninterrupted** [1] - 35:1
**UNITED** [4] - 1:1, 1:4, 1:11, 1:14
**United** [13] - 1:14, 2:1, 2:11, 2:16, 11:3, 16:3, 16:4, 16:6, 31:14, 32:12, 32:16, 33:14, 35:15
**unlawfully** [2] - 32:2, 33:4
**unless** [1] - 16:13
**unpaid** [2] - 32:9, 33:11
**unpalatable** [1] - 22:19
**unresolved** [1] - 3:7
**up** [7] - 2:24, 5:20, 7:12, 27:13, 27:19, 27:21, 34:23

## V

**venture** [1] - 20:15
**verbally** [1] - 30:7
**verse** [1] - 10:7
**versus** [2] - 2:12, 3:14
**vigorously** [1] - 26:21
**violation** [2] - 16:3, 16:15
**violations** [1] - 29:5
**voluntary** [1] - 34:18
**vs** [1] - 1:5

## W

**walked** [1] - 24:23
**Wallace** [2] - 2:15, 10:16
**WALLACE** [43] - 1:13, 2:14, 12:18, 14:19, 14:22, 15:2, 15:5, 15:10, 15:13, 15:19, 15:22, 16:8, 16:11, 16:19, 17:3, 17:6, 17:17, 18:13, 18:16, 18:24, 19:5, 19:8, 19:22, 19:24, 20:6, 20:21, 20:23, 20:25, 21:11, 21:15, 22:14, 23:14, 24:3, 26:10, 26:12, 26:15, 27:16, 30:5, 30:10, 30:15, 30:18, 30:24, 31:10
**warrants** [1] - 14:3
**wars** [1] - 5:19
**warts** [1] - 20:12
**weapon** [2] - 32:5, 33:7
**weeded** [1] - 29:22
**whistleblower** [1] - 13:7
**whole** [3] - 23:4, 23:25, 25:14

**wife** [2] - 2:22, 7:5
**willingness** [1] - 13:23
**wiping** [1] - 31:8
**witnesses** [1] - 21:20
**women** [1] - 29:20
**wonderful** [1] - 7:7
**worded** [1] - 19:22
**words** [1] - 18:18
**workings** [1] - 10:7
**works** [1] - 8:18
**world** [3] - 11:6, 11:8, 11:10
**worst** [1] - 6:25
**worthwhile** [2] - 20:9, 20:15
**wrist** [2] - 29:2, 29:19
**write** [2] - 30:12, 30:13
**written** [1] - 5:14
**wrongdoing** [1] - 10:10
**wrote** [4] - 9:2, 10:2, 13:8, 13:9

## Y

**year** [5] - 16:23, 28:10, 31:21, 32:23, 33:19
**years** [6] - 5:14, 6:3, 6:16, 6:21, 7:6, 16:10
**young** [1] - 5:25

## Z

**zone** [4] - 4:1, 4:2, 4:3